1 | COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

2 | Name  DANIELS ,        GENE            NONE

3 | (Last)              (First)          (Initial)

4 | Prisoner Number  T-45428

5 | Institutional Address  SALINAS VALLEY STATE PRISON
6 | A3-Gym, P.O. Box 1050, Soledad, California, 93960

**FILED**

AUG 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

7 | UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RMW**

8 | GENE DANIELS
9 | (Enter the full name of plaintiff in this action.)  CV 08    3780

10 | Director of Corrections Reh. vs    Case No.
11 | M.S. Evans\ Warden; Charles Lee\    (To be provided by the Clerk of Court)
12 | Chief Medical Officer;Nurse Prac-    COMPLAINT UNDER THE
13 | titioner Bey; Dr. Pompan; Nurse    CIVIL RIGHTS ACT,
   | Jeans; Nurse Lobretz; Nurse Ennis;    Title 42 U.S.C § 1983
14 | Nurse Margret, Et al.    Demand For
15 | (Enter the full name of the defendant(s) in this action)    Jury Trial.
   | Dr. Kasawa, Dr. James, Dr. Rache
16 | Dr. Medina    **(PR)**

17 | [All questions on this complaint form must be answered in order for your action to proceed..]

17 | I.    Exhaustion of Administrative Remedies.

18 | [Note: You must exhaust your administrative remedies before your claim can go

19 | forward. The court will dismiss any unexhausted claims.]

20 | A.    Place of present confinement. High Desert St. Prison.

21 | B.    Is there a grievance procedure in this institution?

22 |        YES (X)    NO ( )

23 | C.    Did you present the facts in your complaint for review through the grievance

24 |        procedure?

25 |        YES (X)    NO ( )

26 | D.    If your answer is YES, list the appeal number and the date and result of the

27 |        appeal at each level of review. If you did not pursue a certain level of appeal,

28 |        explain why.

COMPLAINT                          - 1 -

1. Informal appeal _SEE-CDC-602-LOG # SVSP-07-0440_
_and SVSP. 07-0690. EXHIBIT. D._

2. First formal level _GRIEVANCE EXHAUSTED TO_
_DIRECTORS LEVEL._

3. Second formal level _____

4. Third formal level _____

E.    Is the last level to which you appealed the highest level of appeal available to you?

        YES (X)      NO ( )

F.    If you did not present your claim for review through the grievance procedure, explain why. _ALL CLAIM Exhausted ._

II.    Parties.

A.    Write your name and your present address. Do the same for additional plaintiffs, if any.

_Gene Daniels/T-45428, High Desert STATE PRISON._
_P.O. BOX. 3030, Susanville, Ca. 96127_

B.    Write the full name of each defendant, his or her official position, and his or her place of employment.

1) Mike S. Evans, Warden, Salinas Valley State Prison; Charles Lee, Chief
2) _Director of Corrections, NAME Unknown._
3) _Dr. JAMES & Dr. Roche, HDSPrison, Susanville._

COMPLAINT                                   -2-

(4) Dr. Kasawa, Salinas Valley St. Prison.

1  (5) Dr. Charles Lee, Salinas Valley State Prison; (6) Nurse Practitioner Bey,

2  Salinas Valley State Prison, (A-Yard); (7) Dr. Pompan, Salinas Valley State

3  Prison, (CTC); (8) Nurse Jeans, Salinas Valley State Prison, (A-Yard);

4  (9) Nurse Lobretz, Nurse Ennis & Nurse Margret, S.V.S.P., (A-Yard). (10) (11)

5  (12) Dr. Meding. High Desert St. Prison.

III.    Statement of Claim.

6        State here as briefly as possible the facts of your case. Be sure to describe how each

7  defendant is involved and to include dates, when possible. Do not give any legal arguments or

8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

9  separate numbered paragraph.

10  ALL Defendants are Jointly and severally

11  Connected to this Civil Rights Claim. EACH OF

12  Their Actions are Clearly stated on Page 2

13  Through Page 16.

14

15

16

17

18

19

20

21

22

23  IV.    Relief.

24        Your complaint cannot go forward unless you request specific relief. State briefly exactly

25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  Petitioner's Claim For Relief is sought in

27  Page 16 Through 18.

28

COMPLAINT                          - 3 -

See Page 1 through 18.

1

2

3

4

5  I declare under penalty of perjury that the foregoing is true and correct.

6

7  Signed this ___13___ day of ___JULY___, 20_08_

8

9  _____

10  (Plaintiff's signature)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                                    - 4 -

Gene Daniels/T-45428
Salinas Valley State Prison
A-Yard/Gym/Bunk# 119
Post Office Box 1050
Soledad, CA., 93960-1050

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Gene Daniels,                                    Case No.
            Plaintiff,

        vs.
Director of Corrections
M.S. Evans, Warden,                        Civil Rights Complaint
Charles Lee, Chief                         Subsection 1983
Medical Officer,
Nurse Practitioner
Bey,Dr. Pompan,                            Jury Trial Demand
Nurse Jeans,
Nurse Lobretz,
Nurse Ennis,                               Date: None
Nurse Margret,                             Time: None
            Defendants.                    Dept: None
Dr. Kasqwq, Dr. James, Dr. Roche
Dr. Medina.

## JURISDICTION

1. This action is brought pursuant to 42 U.S.C. subsection 1983,

   Therefore jurisdiction is proper under 28 U.S.C. subsections

   1331 & 1343.

## VENUE

2. The entire course of events giving rise to the claims alleged

   in this complaint arose in Monterey County, CA., Therefore the

   venue is proper under 28 U.S.C. subsection 1391 (B)(2).

## INTRODUCTION

3. The plaintiff hereby files this action against these prison

   officials for injunctive relief and damages brought under

1   under 42 U.S.C. subsection 1983. The named defendants are in

2   violation of plaintiff's right to medical care, and freedom

3   from cruel and unusual punishment, as protected by the eigth

4   amendment of the United States Constitution. The plaintiff

5   also complains herein about unlawful retaliation in the form

6   of ongoing medical negligence. Plaintiff has exhausted his

7   administrative remedy, not utilizing it for damages based on

8   futility.

9                           **PARTIES**

10  4. Plaintiff is a <u>46</u> year old male resident of the state of Cal-

11  ifornia. He is incarcerated by the California Department of

12  Corrections and Rehabilitation, (hereinafter referred to as

13  CDCR), at Salinas Valley State Prison, (hereinafter referred

14  to as S.V.S.P.), located in Soledad, California. At all times

15  mentioned in this complaint, plaintiff was a prisoner within

16  the CDCR system, housed at S.V.S.P. The plaintiff has been

17  housed at S.V.S.P. since <u>4/5/06</u> .

18          At all times mentioned, plaintiff has had to rely on

19  the medical care providers that the CDCR has employed at Sal-

20  inas Valley State Prison, to provide him with the necessary

21  medical care.

22  5. Defendant M.S. Evans, at all times relevant, herein employed

23  by the CDCR as the Warden of the Salinas Valley State Prison,

24  is in direct violation of plaintiff's civil rights. Warden

25  Evans will possibly be leaving his post soon, so plaintiff will

26     amend this pleading to allege the specific time frame of

27  of his service at S.V.S.P. when it is ascertained. The plain-

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

OSP 98 10924

(2)

1   tiff is informed and believes, and thereon alleges that the

2   defendant is properly trained and licensed to fulfill his po-

3   sition as Warden of Salinas Valley State Prison.

4       The plaintiff is informed and believes that the Warden

5   is solely responsible for the employees at S.V.S.P., directly

6   overseeing each department of this institution, including the

7   medical department.

8       This includes, but is not limited to the supervision,

9   directions and/or proper training of the head of the medical

10  department. At all times mentioned, defendant Evans acted un-

11  der color of state law, in the course and scope of his employ-

12  ment, and is being sued in his official and individual capac-

13  ity.

14  6. Defendant Lee, at all times relevant, herein employed by the

15  CDCR as chief medical officer at Salinas Valley State Prison,

16  is in direct violation of plaintiff's civil rights. The plain-

17  tiff is informed, believes, and thereon alleges that the de-

18  fendant is properly trained and licensed to practice medicine

19  in the state of California. Lee is responsible for the medical

20  care of all inmates at S.V.S.P.

21      This includes, but is not limited to the supervision,

22  directions and/or proper training of the medical staff at Sa-

23  linas Valley State Prison in the delivery of health care ser-

24  vices and the management of health care programs; Involvement

25  in the determination of proper medical care for inmates, in-

26  cluding but not limited to having authority to see and assure

27  that inmates who are transferred to other institutions receive

1  continuing proper medical care, having authority and respons-

2  ibility for assuring the proper order and stoking of medical

3  supplies, assuring communications of medical needs to the cor-

4  rectional custody staff and generally making sure the proper

5  medical treatment is provided to all inmates at Salinas Valley

6  State Prison.

7      Plaintiff is further informed and believes, and thereon

8  alleges, that defendant Lee is responsible for assuring that

9  S.V.S.P.'s medical staff, and all other medical providers with

10 whom the CDCR contracts in providing medical care to inmates,

11 and that all such individuals know, understand, and act pur-

12 suant to (CDCR) policy, and at all times mentioned defendant

13 Lee acted under color of state law in the course and scope of

14 his employment, and is being sued in his official and indi-

15 vidual capacity.

16 7. The plaintiff is further informed, believes, and thereon al-

17 leges that defendant Bey is, and at all times relevant herein,

18 employed by the (CDCR); And as a nurse practitioner, the plain-

19 tiff believes defendant Bey is a properly trained nurse prac-

20 titioner, qualified to assume the position of such, and is

21 responsible for upholding the hippocratic oath she swore to,

22 providing medical care and compassion to inmates with various

23 health problems and dispensing medication to inmates with var-

24 ious health problems as well.

25     At all times mentioned, defendant Bey acted under co-

26 lor of state law, in the course and scope of her employment,

27 and is sued in her individual capacity.

8.  Plaintiff is further informed and believes, and thereon alleges
    that defendant Pompan is a properly trained and licensed doc-
    tor who was responsible for the medical care of all inmates
    who come into his immediate care, as a physician subcontracted
    by the (CDCR), specifically S.V.S.P.. It is the plaintiff's
    position that he believes that this defendant is qualified and
    is responsible for upholding the hippocratic oath he swore to,
    providing medical care and compassion to inmates with various
    health problems as well as dispensing medication to them. This
    includes, but not limited to ordering medical tests and treat-
    ments; Having authority and responsibility for assuring the
    proper ordering and stocking of medical supplies; And commun-
    ication of medical needs to the correctional custody staff.

        Plaintiff is informed and believes, and thereon al-
    leges that defendant Pompan knew, understood, and acted pur-
    suant to (CDCR) policy.

        At all times mentioned, defendant Pompan acted under
    color of state law in the course and scope of his employment,
    and is sued in his individual capacity.

9.  The plaintiff is further informed, believes and thereon al-
    leges that defendant Jeans is, and at all times relevant here-
    in, employed by the (CDCR); And as a registered Nurse the
    plaintiff believes defendant Jeans is properly trained, qual-
    ified to assume the position of such, and is responsible for
    upholding the hippocratic oath he swore to; Providing medical
    care and compassion to inmates with various health problems
    under his immediate care, as well as dispensing medication

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

OSP 98 10924

1    as necessary.

2          At all times mentioned, defendant Jeans acted under

3    color of state law, in the course and scope of his employment,

4    and is sued in his individual capacity.

5   10. The plaintiff is further informed, believes and thereon al-

6    leges that defendant Lobretz is at all times relevant herein,

7    employed by the (CDCR) at (S.V.S.P.); And as a registered

8    Nurse the plaintiff believes defendant Lobretz is properly

9    trained, qualified to assume the position of such, and is re-

10   sponsible for upholding the hippocratic oath he swore to,

11   providing medical care and compassion to inmates with various

12   health problems under immediate care, as well as dispensing

13   medication as necessary.

14         At all times mentioned, defendant Lobretz acted under

15   color of state law, in the course and scope of his employment,

16   and is sued in his individual capacity.

17  11. The plaintiff is further informed, believes and thereon al-

18   leges that defendant Ennis is at all times relevant herein,

19   employed by the (CDCR) at (S.V.S.P.); And as a registered

20   Nurse the plaintiff believes defendant Ennis is properly

21   trained, qualified to assume the position of such, and is re-

22   sponsible for upholding the hippocratic oath she swore to,

23   providing medical care and compassion to inmates with various

24   health problems under her immediate care, as well as dispen-

25   sing medication as necessary.

26         At all times mentioned, defendant Ennis acted under

27   color of state law, in the course and scope of her employment,

1  and is sued in her individual capacity.

2  12. The plaintif is further informed, believes and thereon alleges

3      that defendant Margret is, and all times relevant herein, em-

4      ployed by the (CDCR) at (S.V.S.P.); And as a Registered Nurse

5      the plaintiff believes defendant Margret is properly trained,

6      qualified to assume the position of such, and is responsible

7      for upholding the hippocratic oath she swore to, providing

8      medical care and compassion to inmates with various health

9      problems under her immediate care, as well as dispensing med-

10     ication as necessary.

11         At all times mentioned, defendant Margret acted un-

12     der color of state law, in the couse and scope of her employ-

13     ment, and is sued in her individual capacity.

14                        GENERAL OVERALL CLAIM

15 13. Defendant M.S. Evans is the Warden at Salinas Valley State

16     Prison, and is generally responsible for the employees and

17     inmates of said institution, including but not limited to

18     the supervision of each facility department; Including but

19     not limited to the medical department who oversees the care

20     and well-being of inmates at (S.V.S.P.); In this case, the

21     plaintiff Gene Daniels.

22 14. Defendant Charles Lee was the Chief Medical Officer at Sal-

23     inas Valley State Prison; Defendant Pompan was an independant

24     Physician, contracted by the (CDCR), specifically (S.V.S.P.);

25     Nurse Practitioner Bey was acting Physician overseeing the

26     immediate medical care of inmates at Facility-A-S.V.S.P.;

27     Defendant Jeans, Lobretz, Ennis, and Margret were all Reg-

istered Nurses assigned to Facility-A at (S.V.S.P.); At all
times mentioned these defendants were employees of (CDCR) at
(S.V.V.P.), other than Dr. Pompan, who was actually contrac-
ted by (CDCR), specifically (S.V.S.P.).All defendants were
responsible for the medical care of plaintiff Daniels.

15. The plaintiff is informed and believes, and thereon alleges
each of these defendants are responsible in some manner for
medical negligence and denial of medications; And at all
times mentioned herein, these defendants acted under color
of law, in the course and scope of their employment, and is
sued in their official and individual capacity.

These defendants are responsible for the blatant and
flagrant denial of plaintiff's civil right to be free from
cruel and unusual punishment under the eighth Amendment of
the United States Constitution; At all times mentioned herein
all defendants in general, acted in their official capacity
with deliberate indifference under color of law.

16. Defendants Bey, Jeans, Lobretz, Ennis, and Margret were re-
sponsible for the deprivation of pain medication prescribed
by a qualified physician while he was incarcerated at Sal-
inas Valley State Prison.

17. The plaintiff is informed and believes, and thereon alleges
that all defendants, at all times mentioned herein, acted
individually with deliberate indifference, under color of
law, and are sued accordingly. The facts in this complaint
reflect the over-all treatment and attitudes of the defen-
dants named in this action.

## STATEMENT OF FACTS

18. On August 22, 2006, Plaintiff was injured after falling into a drainage ditch on Facility "A" yard at Salinas Valley State Prison. Plaintiff's right knee was permantly damaged. Plaintiff sustained a severe and permantly debilitating injury. he will never have full range of motion of his right leg, (See Exhibit A & B).

19. After the accident plaintiff's right knee began to give out, he repeatedly fell to the ground. Prolonged standing would also cause his knee to pop out, causing him extreme pain. At night plaintiff's knee would ache and throb, making it impossible to sleep, (See Exhibit "D", @ D1). On August 23, 2006, plaintiff utilized the 7362-Sick Call Form, to make the medical Staff aware of the injury, and the excruciating pain he was going through.

20. Plaintiff fell into a drainage ditch that was at least 6" deep, which was a hazord for all inmates on Facility "A".

21. On 08/23/06 I went to Facility "A"'s Clinic, where I was interviewed by Nurse Practitioner Bey. She immediately ordered x-rays to be done, to determine the extent of my injury, (See Exhibit D).

　　　On 08/28/06 I went to CTC, (Classified as the prison infirmary), where I underwent an X-ray of my right foot and knee. The results showed possible chondromalacia Patella, (See Exhibit "C"); Further tests were needed, (See Exhibit "E").

22. On 10/19/06 Defendant Bey ordered an MRI, (See Exhibit "F", & EXhibit D-d3).

23. It needs to be noted that the plaintiff twice before the MRI was taken. Both times Bey informed him that nothing could be done until the MRI was taken. She was indifferent to my serious medical need, realizing the urgancy of the matter.

24. On 10/25/06, **a good two months after the injury** , plaintiff was finally given an MRI, taken in a mobile MRI unit behind CTC at (S.V.S.P.). The MRI revealed (1) compound or complex appearing and fairly severe lateral meniscal tear, and (2) multiple posterior/popliteal fossa ganglion cysts, (See Exhibits "D" & "F"). This is considered a very serious injury and condition.

25. On 11/20/06 I saw Nurse Practitioner Bey to discuss the findings of the MRI. After a brief discussion with her, she then scheduled me an appointment with an outside orthopedic surgeo to address the extremely torn miniscas, (See Exhibit **A** ).

26. On 12/07/06 Plaintiff saw Dr. Bowman at CTC, who scheduled me to see an orthopedic surgeon. **The exact same thing NP Bey did 17 days earlier**, (See Exhibit **A** ).

27. On 12/22/06 the plaintiff was seen again by NP Bey, she then issued a referral to have my right knee examined, (See Exhibit **B** & "D5".

28. On 01/16/07 plaintiff was seen by Dr. Pompan, who specializes in orthopedics. He informed the plaintiff that he was scheduled for surgery on his right knee.

    On 02/20/07 plaintiff was seen again by Dr. Pompan, who informed him to stop taking naproxen, because of it's blood thinning capabilities, (See Exhibit **B** ).

29. On 03/02/07 the plaintiff was seen again by NP Bey who con-
    firmed the surgery was being done, (See Exhibit **A** ). Keeping
    in mind that up until this time plaintiff making it well known
    the excruciating pain he was suffering, including but not lim-
    ited to NP Bey, Dr. Bowman, and Dr. Pompan; Receiving only
    inadequate medication, excuses, and indifference.

30. On 03/07/07 plaintiff was finally taken to Las Ventanus Sur-
    gery Center in Soledad, CA., where he had orthopedic knee
    surgery, performed by Dr. Pompan, (See Exhibit **A** ). There's
    also notes from procedure and progress from hospital records
    from 03/07/07 in Exhibit **B**

31. After surgery plaintiff returned to Salinas Valley State Pri-
    son at 6:50 pm, and was interviewed by L. Corona, who is a
    Registered Nurse,

         As post surgery protocol Dr. Pompan prescribed Vico-
    den for seven days for pain resulting from the surgery. The
    order was for three times a day, morning, noon and night.

         Before leaving the hospital on 03/07/07 plaintiff was
    given two vicodens; On 03/08/07 & 03/09/07 medication was
    administered properly; On 03/10/07 plaintiff's medication was
    not given to him at noon, due to the fact that RN Richards
    forgot to bring it; On 03/11/07 compliance was achieved; On
    03/12/07 RN Richards forgot to bring plaintiff's night med-
    ication; On 03/13/07 Plaintiff received no medication at all;
    On 03/14/07 compliance was achieved; On 03/15/07 plaintiff
    received no medication. In fact, despite the prescribed order
    for 7 days, 03/14/07 was the last day he received that par-

ticular medication. The days and times plaintiff went without

the prescribed medication he suffered excruciating pain. Also

note worthey of mentioning is the fact that the physician's

order was 2 Vicoden 3X per day; Plaintiff received only 1 Vi-

coden 3X per day, and the medication was supposed to end on

03/19/07, NOT 03/14/07. (Please See Exhibit "B").

32. On 03/08/07 plaintiff went to Facility "A" clinic, where he

was seen by NP Bey for a follow-up exam. Plaintiff informed

Bey that the bandage wrapped around his knee was too tight.

Plaintiff's complaints fell on deaf ears.

On 03/09/07 plaintiff submitted a 7362 sick-call slip

concerning the same situation, (See Exhibit A ).

On 03/10/07 plaintiff complained to Correctional Of-

ficer Sevilla, the floor officer on duty at the time in Fac-

ility A's Gym, that his foot was swollen and was in extreme

pain. Officer Sevilla called the medical staff at the facili-

y's clinic, and made them aware of the situation. They told

him to bring the plaintiff over. Correctional Officer Yee,

Officer Sevilla's partner escorted him to the clinic.

Plaintiff was interviewed by Registered Nurse Jeans,

who inquired if plaintiff had filled out a 7362 sick-call

slip. The plaintiff told Jeans that he had done so. RN Jeans

then stated "No you haven't, I haven't received it". Then RN

Jeans said "He's Bullshitting and faking his way into medical.

There's absolutely nothing wrong with him!!".

Officer Yee then told Nurse Jeans that the plaintiff

had just had knee surgery three days ago, and that his right

1  foot was really swollen. RN then replied "There's nothing

2  wrong with him, take him back to the gym!".

3  33. On 03/10/07 plaintiff submitted another 7362 sick-call slip

4  requesting a bandage change and medical attention, (See Exhib-

5  it "B"). On 03/11/07 plaintiff was seen by the medical staff

6  at Facility A clinic, concerning the sick-call slip he sub-

7  mitted, (See Exhibit B ).

8  34. On 03/19/07 NP Bey removed plaintiff's stitches, (See Exhibit

9  B ).

10  35. On 03/20/07 plaintiff was seen by Dr. Pompan, the surgeon who

11  performed the surgery on plaintiff's knee. He prescribed Tram-

12  odol for pain, and physical therapy for six weeks, (See Ex-

13  hibit B ).

14  36. From 03/20/07 to 04/19/07 plaintiff received no medication for

15  pain that was prescribed by his attending physician. Every

16  minute, of every hour of all of those days plaintiff was in

17  extreme pain. Every step he took sent shock waves through his

18  entire body. This impacted every area of his life negatively.

19  37. On 03/27/07 Plaintiff saw NP Bey about the inadequancy of the

20  pain medication he was receiving, as well as not receiving

21  the prescribed medication at all sometimes. She then informed

22  plaintiff that she was going to re-order the medication that

23  was presribed by Dr. Pompan,

24  38. On 03/27/07 plaintiff informed RN Richards, RN Ennis, and RN

25  Lobretz, as well as two african-American Jane Does that he

26  wasn't receiving the pain medication that was prescribed to

27  him earlier that day, as well as informing them that he was

1    in extreme pain.

2  39. Between 03/20/07 and 04/19/07 plaintiff informed Nurse Rich-

3      ards at least three times that he wasn't receiving his pre-

4      scribed medication, and that he was in extreme pain.

5          During this same period of time, plaintiff informed

6      Nurse Ennis of the same thing, that he wasn't receiving his

7      medication, as well as being in extreme pain. Both of these

8      individuals displayed total and complete indifference to

9      plaintiff's serious medical need.Plaintiff repeatedly informed

10     defendants Ennis,Lobretz, as well as two Jane Does, who will

11     later be added to this suit.

12 40. On 04/05/07 plaintiff was finally given physical therapy. He

13     informed the therapist that he wasn't receiving his prescribed

14     medication. The therapist then phoned NP Bey. NP Bey told the

15     therapist that the plaintiff no longer needed medication. She

16     told him that the prescribed medication ran it's course. So

17     plaintiff had to do his physical therapy in excruciating pain.

18

19 41. On 04/05/07 plaintiff was seen by Nurse Lobretz. During this

20     visit the plaintiff practically beged him for help; For some-

21     thing for the pain. Lobretz ignored him, acting as if he did

22     not believe him. He then claimed he couldn't find my chart,

23     and sent me back to the gym, where he was housed.                     e

24

25 42. On 04/19/07 plaintiff was seen by NP Bey; Twenty-nine (29)

26     days since receiving any pain medication. Plaintiff informed

27     NP bey of his unbearable pain he was going through, and the

1  only thing she said was "This whole thing is screwed up". No
2  explanation at all. She said "I'm sorry you didn't receive
3  your pain medication, you poor thing".
4  43. Plaintiff finally received his pain medication on 04/19/07.
5  44. For 29 days the plaintiff was forced to endure an agonizing
6  existance, fresh from surgery. With wounds fresh and unhealed,
7  plaintiff was denied simple pain medication that was pre-
8  scribed by his attending physician. Plaintiff was forced to
9  walk without the aid of any medication to alleviate his con-
10  stant, chronic, and shocking pain. The physical and emotional,
11  as well the psychological pain that the plaintiff was subjec-
12  ted to is unconciousable and defies imagination. In all plain-
13  tiff suffered deliberate indifference that was not only bla-
14  tant and flagrant, it was unusually callous.

15
16  45. On 04/10/07 the plaintiff submitted a CDCR 602 appeal form,
17  complaining of the denial of pain medication, also addressing
18  the deliberate indifference he was receiving towards his ser-
19  ious medical need.
20        On 05/29/07 plaintiff received a fabricated response
21  to his issues listed on said 602 appeal.
22        On 05/29/07 plaintiff forwarded his appeal to the
23  next level, therefore exhausting his administative remedies.
24                          CONTENTIONS
25  46. It is the plaintiff's contention that according to the law,
26  specifically Title 15, Article 8, sub-section 3350 (a)(b)(1
27  thru 5):

Provisions of Medical Care and Definitions.

The department shall only provide medical services for inmates, which are based on medical necessity and supported by outcome data as effective medical care. In the absence of available outcome data for a specific case, treatment will be based on the judgement of the physician that the treatment is considered effective for the purpose intended and is supported by diagnostic information and consultations with appropriate specialists. Treatments for conditions, which might otherwise be excluded, may be allowed pursuant to section 3350.1(d).

(b) For the purposes of this article, the following definitions apply:

(4) Severe pain means a degree of discomfort that significantly disables the patient from reasonable independant function.

(5) Significant illness and disability means any medical condition that causes or may cause if left untreated a severe limitation of function or ability to perform daily activities of life or that may cause premature death.

Note: Authority cited: Section 5058, Penal Code. Reference: 5054, Penal Code.

## CLAIM FOR RELIEF

47. Plaintiff refers to and incorporates by reference herein the allegations of the general allegations as found in the allegations set forth above.

48. The plaintiff's medical condition, as described herein constitutes a serious medical need, in, that failure to provide

adequate pain medication, has resulted in further significant

pain;And the ongoing failure to provide adequate pain medi-

cation, can only cause more pain, since the plaintiff suffers

with chronic pain.

49. The plaintiff is informed and believes, and thereon alleges

that the defendants have acted intentionally in the manner

described herein with knowledge of the plaintiff's pain and

suffering. The plaintiff has submitted an 602 appeal which

was properly filed through the prison's grievance system,

relevant to the defendant's conduct herein.

50. As a proximate result of the defendant's conduct, the plain-

tiff has suffered, and continues to suffer general damages

in the form of pain, suffering, and emotional stress.

51. The conduct of all said defendants, violates 42 United States

Code § 1983, and 42 United States Code § 21231 et seq., under

the Americans with Disabilities Act.

52. In acting as described herein, all of the said defendants

knowingly with callous disregard of the plaintiff's civil

rights, as well as his rights under the Americans with Dis-

abilities Act, in saying this, the plaintiff seeks relief

from this Court, which, under examination would entitle the

plaintiff to exemplary and punitive damages.

53. The plaintiff also requests from the Court immunity from any

repercussions that this suit may bring.

### PRAYER FOR RELIEF

Wherefore, the plaintiff Gene Daniels, prays for

judgement against all of the said defendants, for the follow-

ing:

(17)

## Petition For Writ of Civil Rights

## Complaint Pursuant to 42 U.S.C§1983

1  (1) For Injuntive Relief in the form of Proper
2    medical Diagnostic Treating and Treatment
3    According to Proof.
4  (2) For General Damages, According to Proof.
5  (3) For Special Damages, According to Proof.
6  (4) For Punitive Damages, According to Proof
7  (5) For Reasonable Attorney Fee Pursuant
     to 42 U.S.C. 1988
8  (6) For Cost of the Suit, And
9  (7) For Such other and Further Relief as
     the Court May Deem Just and Proper.

10            Demand For Jury Trial.
11      Plaintiff Gene Daniels, Hereby Demands
12   a Trial by Jury against Defendant's
13   Jointly and Severally. All Defendant's
14   Acted Despicably, Knowingly, wilfully
15   and Maliciously with Reckless and
16   Callous Disregard for Plaintiff's Federally
17   Protected Rights, entiling Plaintiff
18   to an award of "Five Million Dollars"
19   in Exemplary, Punitive and all other
20   Damages Jointly and Severally.

         Petitioner Declares under Penalty
     of Perjury that the foregoing is True
     and Correct.

23      Executed on 13 Day of July 2008
24   at High Desert State Prison, Susanville.

26            Respectfully Submitted
27            Gene M. Daniels,
28            Petitioner In Pro Per.

                    (18)

CIVIL RIGHTS CLAIM.                    ORIG/court

RECEIVED

AUG 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## LIST OF EXHIBITS

E-filing                              RMW

**Document**                                    **Page**

CV 08        3780 (PR)

'A' =    MEDICAL RECORDS. From

S.V.S. Prison Doctors.          29 Pages.

"B" =    Sick Call Form - S.V.S. Prison

CDC-7362.                      16 Pages.

"C" -    Examination of Right Knee

X-Ray Report.                  7 Pages.

"D" -    CDC-602 - APPEALS.

LOG # SVSP.-07-00402.

LOG # SVSP-07-01690.          14 Pages.


"E"      AFFIDAVIT FROM INMATE

ISHMEL LARA - V46429

David Martinez - F12153

James Butanda - T27321        7 Pages.

'F'      Prisoner's Authorization Form

To Deduct 20% From His Trust

Account.

# EXHIBIT A



went to doctr

my R. line

my R. line nurse

Nurse Practioner

seen as Nurse

my R. line 1:50 pm

**SVSP PRIORITY DUCAT**
FAILURE TO REPORT MAY RESULT IN A CDC-115
INMATE
T45428 ~ DANIELS ~ AGYM-140

DATE: Wednesday, August 23, 2006    TIME: 8:45

LOCATION: Facility A Clinic

REASON: MD Line

Reorder Pain
med. Naproxen

AUTHORIZED BY: **PRIORITY**
INMATE ASSIGNMENT OFFICE

ARRIVAL TIME:_____    DEPARTURE TIME:_____

STAFF SIGNATURE:_____    EXT:_____

Exhibit D

(21)

| DATE | TIME | PROB # | |
|------|------|--------|---|
| 08/23/2006 | | | **S:** (history includes details pertinent to the patient's medical complaint) |

Request Renewal of Naproxen
① c/o Left choulder pain - surgery 1988
② Right knee pain

**O:** (physical assessment) T: 972 P: 54 R: 16 B/P: 125/77 Wt: 231

Right knee - MCL Instability
N V I

CHART
NOT
AVAILABLE

**A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.)

Right knee pain
Left shoulder pain

**P:** (MTA – referral to a higher licensure for prioritization and evaluation.)
(RN -action to be taken by the RN so that the patient receives appropriate medical care.)

x-ray Right knee
RTC 30 day
Naproxen 500 BID E pool

**E:** (education provided) Above discussed

L Beyala

| INSTITUTION | Not Specified | | ROOM / WING | FAGYM 000000140 |

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

CDC NUMBER, NAME, (LAST, FIRST, MI)

T45428
DANIELS, GENE
02/15/1961

CDC 7254 (8/89)

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

X-Ray Not Seen

**SVSP PRIORITY DUCAT**
FAILURE TO REPORT MAY RESULT IN A CDC-115

*INMATE*

T45428 ~ DANIELS ~ AGYM-140

X-Rays
resickt
@ told
so
my

DATE: **Thursday, October 19, 2006**          TIME: **8:00**

LOCATION: **Facility A Clinic**

MTT
requested
30 day

REASON: **Chronic Care**

**PRIORITY**

AUTHORIZED BY: _____
                    INMATE ASSIGNMENT OFFICE

10-19-06

_____

ARRIVAL TIME: _____   DEPARTURE TIME: _____

STAFF SIGNATURE: _____   EXT: _____

Exhibit F

( 25 )

List Chronic Diseases:

(1) HTN    (2)    (3)

HISTORY: (Attach a progress note form, if needed, to provide a more complete history.)
Current medications (if no pharmacy profile attached and adherence since last visit: _____

Naprisyn , Procardia                                        _____
                                                            RN SIGNATURE    N/A

Complaints/Problems: (Discuss in space provided)                                    N/A

CV / Hypertension: Chest Pain: ☐ Yes ☑ No    SOB: ☐ Yes ☑ No    Diabetes Mellitus: # of hypoglycemic reactions since last visit: __

Asthma: # attacks since last visit?                         Seizure Disorder: # seizures since last visit: __

    # short acting beta agonist canisters in last month: NA    Discussion: (A) liver enzyme PPAKD

    # visits to ETA for asthma since last visit:

    # times awakening with asthma symptoms per week:

Additional History: 45 Y.O. DENIES
C.P., SOB, diaphoresis,
PALPITATION
CCP compliance (e.g. diet, exercise, medications):

EXAM: HEENT/Neck:    Rectal: def'd
NO JVD BRUITS
Heart:    Neurological:
RSR-NN
Lungs: CTA (B/L)    Other (specify):
Abdomen: BENIGN

Extremities/Pulses:    Comments on BP or Glucose Monitoring:
NO EDEMA    TMR 98 59 16
                WT 224 1/2    BP 133/73

ASSESSMENT: Diagnoses

|  | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
|  | G | F | P | NA | I | S | W | NA |
| 1. HTN | ☑ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 2. | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3. | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

PLAN:
Medications: PROCARDIA XL 60mg QD    NAPROSYN 500mg BID

Diagnostics:

Labs:

Monitoring: ☐ BP / Frequency: _____    ☐ Glucose / Frequency: _____    ☐ Peak flow  ☐ Other: __
    (____ X day / week / month)    (____ X day / week / month)

Education provided: ☑ Nutrition  ☑ Exercise  ☑ Smoking  ☐ Test Results  ☑ Medication Management
☐ Other (specify): NAf Right LFTC    SIX months

Referral: ☑ Specialist (indicate type): _____    ☐ Other Chronic Care Program

Interval to next visit: ☐ 90 Days    ☐ 30 Days    ☑ Other ____ Days    ☐ Discharge from CCP (specify):

| PROVIDER SIGNATURE  L. Bey, NP | DATE 10/19/2006 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| INSTITUTION  SVSP | | Daniels G |
| | | T45428 |

CHRONIC CARE
FOLLOW-UP VISIT



Received – 11-17-06 – *PRT*

**SVSP PRIORITY DUCAT** *To Read*
FAILURE TO REPORT MAY RESULT IN A CDC-115 *results*
*of MRI*
INMATE *on monday*
T45428 ~ DANIELS ~ AGYM-137 *E (Ray)*
DATE: Monday, November 20, 2006    TIME: 10:30
LOCATION: Facility A Clinic
REASON: MD Line

AUTHORIZED BY:
*Exhibit G*
INMATE/ASSIGNMENT OFFICE

**PRIORITY**

ARRIVAL TIME: _____    DEPARTURE TIME: _____

STAFF SIGNATURE: _____

Received 12-6-06-7:45 Pm

going to
talk to
Doc.

**SVSP PRIORITY DUCAT**

FAILURE TO REPORT MAY RESULT IN A CDC-115

A-YJ
-Y-J

*INMATE*

**T45428 ~ DANIELS ~ AGYM-137**

DATE: **Thursday, December 07, 2006**    TIME: **13:00**

LOCATION: **CTC**

REASON: **Dr. Bowman**

AUTHORIZED BY: **PRIORITY**

INMATE ASSIGNMENT OFFICE

ARRIVAL TIME: _____    DEPARTURE TIME: _____

STAFF SIGNATURE: _____    EXT: _____

Exhibit H

about my R-knee

(26)

*Went to see th N-P For my*
*Right Knee*

## SVSP PRIORITY DUCAT
FAILURE TO REPORT MAY RESULT IN A CDC-115

*the feral they*
*Net been bee*
*pws in Now*

**INMATE**

*12-22-06*
*Fouder*, **T45428 ~ DANIELS ~ AGYM-119**
*12:35 PM seen N-P*

*is that*
*Ty J.*

DATE:  **Friday, December 22, 2006**  TIME:  **9:00**

LOCATION:  **Facility A Clinic**

REASON:  **MD Line**

AUTHORIZED BY:  **PRIORITY**

INMATE ASSIGNMENT OFFICE

ARRIVAL TIME:                    DEPARTURE TIME:

STAFF SIGNATURE:                         EXT:

*ExHiBit I*

27

| DATE | TIME | PROB# | |
|------|------|-------|---|
| 12/22/2006 | | | **S:** (history includes details pertinent to the patient's medical complaint) |

F/U ORThopEDIC coNSULt

**O:** (physical assessment) T: 97  P: 61  R: 18  B/P: 134/87  Wt: 227.5

12/7/2006  SEEN  by  DR. BOWMAN

AGREES  pt  NEED  REFERRAL TO

DR PoMpANG

**A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.)

MENISCAL TEAR

**P:** (MTA – referral to a higher licensure for prioritization and evaluation.)
(RN -action to be taken by the RN so that the patient receives appropriate medical care.)

(RFS)  DR PoMpANG — ORThopEDIC

**E:** (education provided)  ABOVE  D/W  pt

| INSTITUTION | Salinas Valley State Prison | ROOM / WING | FAGYM 000000119 |
|---|---|---|---|

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

CDC NUMBER, NAME, (LAST, FIRST, MI)

T45428
DANIELS, GENE
02/15/1961

CDC 7254 (8/89)

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

**SVSP PRIORITY DUCAT**

FAILURE TO REPORT MAY RESULT IN A CDC-115

*INMATE*

T-45428 ~ DANIELS ~ AGYM-119

DATE: Tuesday, January 16, 2007          TIME: 12:30

LOCATION: CTC

REASON: Ortho-Pompan

# PRIORITY

AUTHORIZED BY:

INMATE ASSIGMENT OFFICE

ARRIVAL TIME:                    DEPARTURE TIME:

STAFF SIGNATURE:                          EXT:

*Received*
*1-12-07*
*8:00 pm*

*01-7-07 I have been*
*scheduled for surgury*

*on my*
*Right*
*Knee*

(Exhibit J)

# SVSP PRIORITY DUCAT

FAILURE TO REPORT MAY RESULT IN A CDC-115

*INMATE*

T45428 ~ DANIELS ~ AGYM-119

DATE: Tuesday, February 20, 2007    TIME: 12:30

LOCATION: CTC

REASON: Ortho-Pompan

AUTHORIZED BY: **PRIORITY**

INMATE ASSIGNMENT OFFICE

ARRIVAL TIME: _____    DEPARTURE TIME: _____

STAFF SIGNATURE: _____    EXT: _____

Exh·B·7 K

**SVSP PRIORITY DUCAT**
FAILURE TO REPORT MAY RESULT IN A CDC-115

INMATE
T45428 ~ DANIELS ~ AGYM-119

DATE: **Friday, March 02, 2007**              TIME: **8:45**

LOCATION: **Facility A Clinic**

REASON: **MD Line**

AUTHORIZED BY:                    **PRIORITY**
                              INMATE ASSIGNMENT OFFICE

ARRIVAL TIME:                    DEPARTURE TIME:

STAFF SIGNATURE:                          EXT:

Exhibit L

Exhibit P

| DATE | TIME | PROB # | |
|---|---|---|---|
| 3/8/2007 | | | **S:** (history includes details pertinent to the patient's medical complaint) |

46 y/o F/U Surgery

**O:** (physical assessment) T:98² P: 61 R:18   B/P: 110/63 Wt: 218

3/7/2007 Right Arthroscopy / Meniscectomy,
Right knee buckly dsg.
⊕ pedal pulse - NVI

**A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.)

S/p (R) Knee Meniscectomy
NAD

**P:** (MTA – referral to a higher licensure for prioritization and evaluation.)
(RN -action to be taken by the RN so that the patient receives appropriate medical care.)

D/C Vicodin
Vicodin II po TID × 7 days
3/13/2007 NTC suture removal 3/19/2007
(E:) (education provided) F/U on PRN prn
Crutches, NWB / elevate (R) leg    LV cy [signature]

INSTITUTION                          ROOM / WING   AG-119

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

CDC NUMBER, NAME, (LAST, FIRST, MI)

Daniels, Gene
T45428

CDC 7254 (8/89)

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS    2/15/6?

(36)

| DATE | TIME | |
|------|------|---|
| 11/07 | 1030 | S) IM ¢o not having surgical site not looked at X5 days. ¢o ↑ pain upper thigh (R) leg & swelling (R) foot. |
| | | O) (R) knee sutures X 3 dry & intact. Ø redness, warmth or excessive swelling (R) knee. Slight non-pitting edema (R) foot. |
| | | A) Alt. skin integrity & comfort. |
| | | P) Instructed IM on keeping suture clean & dry & to watch for s/s infection. ER Nurse notified of IM condition. _____ LVN |

INSTITUTION SVSP    HOUSING UNIT AV 114

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH
T45428
Daniels, Gene

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

( 33 )

| DATE | TIME | PROB # | |
|------|------|--------|--|
| 03/19/2007 | | | **S:** (history includes details pertinent to the patient's medical complaint) |

*F/U*

**O:** (physical assessment) T:97² P: 60 R: 18 B/P: 103/64 Wt: 216

3/7/2007 Right Arthroscopy / Meniscectomy
Sutures removed s̄ incident
incisional site clean, dry.
No s̄+s̄ of inflammation or
infection

**A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.)

S/p (R) Knee Meniscectomy

**P:** (MTA – referral to a higher licensure for prioritization and evaluation.)
(RN -action to be taken by the RN so that the patient receives appropriate medical care.)

Care — x̄ Four months chrono
F/U on ponpaw
RTC 14 days

**E:** (education provided) NWB (R) Knee, Elevate (R) Knee

| | |
|--|--|
| INSTITUTION | Salinas Valley State Prison |

ROOM / WING  FAGYM 000000119

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

CDC NUMBER, NAME, (LAST, FIRST, MI)

T45428
DANIELS, GENE
02/15/1961

CDC 7254 (8/89)

STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| DATE | TIME |
|------|------|
| 2/1/07 | |
| | 1/17/07 |

*ortho steps*

45 y/o 5' = 2 injuries to (R) knee during last few years. lateral pain chronic lateral pain

PMH — (-)

Allergies NKA

surg hx — (L) shoulder surgery

PE
(R) knee (R) lateral joint line tender 0° - 120°
neuro (-) prox
(-) lachman (-) pivot
MRI (+) lateral meniscal tear

A: (R) knee lateral meniscal tear

Plan: requesting (R) knee arthroscopy (surgery) meniscectomy

**INTERDISCIPLINARY PROGRESS NOTES**

INSTITUTION            HOUSING UNIT

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

DANIELS, G
T45428
A-gym 119   2.15.61

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|---|

ortho stop

3/05/0?    2? ® knee arthroscopy
lateral meniscus /
osteoarthritis laterally
D.o. - 3/7/0?

① c/o mild pain

② red From / slight
swelling
0° - 100° Rom
mild crepitus patella

A - ® knee ONT — Grade IV
chondromalacia laterally
future TKR candidate
Rec - no running
tramadol for pain
exercises
6 weeks

INSTITUTION    HOUSING UNIT

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

T 45428
Daniels, Gene

(36)



Exhibit 01

**SVSP PRIORITY DUCAT**
FAILURE TO REPORT MAY RESULT IN A CDC-115

*INMATE*

**T45428 ~ DANIELS ~ AGYM-119**

DATE: **Tuesday, March 20, 2007**          TIME: **12:30**

LOCATION: CTC                          *See Real Doc*
                                       *tomorrow*
REASON: Ortho-Pompan

AUTHORIZED BY:          **PRIORITY**
                   INMATE ASSIGNMENT OFFICE

ARRIVAL TIME:_____   DEPARTURE TIME:_____

STAFF SIGNATURE:_____        EXT:_____

(37)

Exhibit W

## SVSP PRIORITY DUCAT
FAILURE TO REPORT MAY RESULT IN A CDC-115

### INMATE

T45428 ~ DANIELS ~ AGYM-119S

DATE: **Thursday, April 05, 2007**                TIME: **9:15**

LOCATION: **CTC**                         Received 9:00 pm

REASON: **Physical Therapy**

AUTHORIZED BY: **PRIORITY**

INMATE ASSIGNMENT OFFICE

ARRIVAL TIME: _____    DEPARTURE TIME: _____

STAFF SIGNATURE: _____    EXT: _____

T-45

SALINAS VALLEY STATE PRIS

# PHYSICAL THERAPY PROGRESS NOTE

| DATE | TIME | |
|------|------|---|
| 4/5/07 | 0915 | PHYSICAL THERAPY - evaluation completed. See P.T. Consultation Report for details. Pt instructed in progressive strengthening right knee including long/ short arc quads, knee flexion (standing) with end-range stretch and wall-slides. The wall slides should not be started for two months and this was reflected on the illustration sheets given. Pt. demonstrated sound techniques for the exercises. He needs to spend less time on his feet in general until the edema is under control. He was instructed in proper cane usage (contralateral - left) hand. He demonstrated fine technique. No f/u indicated unless new RFS received. ROBERT SPRIGGS, MPT |

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|-------------------------------------|
| SALINAS VALLEY STATE PRISON | BEY | A-G-119 | DANIELS, GENE  T45428 |

(39)

PHYSICAL THERAPY PROGRESS NOTES

# SVSP PRIORITY DUCAT    Exhibit X
FAILURE TO REPORT MAY RESULT IN A CDC-115

### INMATE

### T45428 ~ DANIELS ~ AGYM-119S

DATE: **Thursday, April 05, 2007**    TIME: **10:30**

LOCATION: **Facility A Clinic**

REASON: **Nurse Line**

Recieved
3:00 pm

AUTHORIZED BY:

# PRIORITY
INMATE ASSIGNMENT OFFICE

ARRIVAL TIME: _____    DEPARTURE TIME: _____

STAFF SIGNATURE: _____    EXT: _____

(Exhibit 01)

| DATE | TIME | |
|------|------|--|
| 3/7/2007 | 1850 | S  RETURN FROM OFFSITE |
| | | O |
| | | Called by Nurse Leslie on 3/7/2007 C̄ 1845 regarding inmate Jean Daniels T45428. Pt returned from right knee arthoscopy ✱ need orders for pain medication ✱ G/C stable |
| | | A/ ® knee arthoscopy - stable |
| | | P  Norco T po QID prn x 7day F/U PCP 3/8/2007 |
| | | L. Bey, NP |

INSTITUTION

HOUSING UNIT

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

A GYM 119
JEAN DANIELS
T45428
DOB 2/15/1961

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

Department of Corrections
Salinas Valley State Prison

State of California

## Medical Lay In Authorization

DATE: _3/8/07_

NAME: _Gene Daniels_                    CDC# _T 45428_

THE ABOVE INMATE IS PLACED ON LAY IN STATUS:  FROM _3/8/07_ TO _3-10-07_  AT 1200 MIDNIGHT. HE IS TOTALLY RESTRICTED TO HIS HOUSING UNIT ~~EXCEPT~~ FOR MEALS, SICK CALL LINE OR MEDICATION LINE.

REASON: _Surgical intervention ® knee_

BY: _Nestor Lui_

NAME: _____
FOR CHIEF MEDICAL OFFICER / CHIEF DENTAL OFFICER

_No have meals cell delivered (bring meal to the gym)_

(42)

State of California                                                                          Department of Corrections

# Salinas Valley State Prison Consultation Report

Type of Consultation:    Physical Therapy

Reason for Consultation:    S/P RIGHT KNEE SURGERY

HX:    46 y.o. with right knee arthroscopic surgery 3/7/07 involving lateral meniscus resection as a minimum. Surgeon indicated patient is a probable TKR candidate in the future. No surgical report found in chart.

S:    Patient complains of pain underside of patellar and painful "popping" during knee extension sitting and during weight bearing.    He reports the popping occurs laterally.

O:    STRENGTH - right knee 3-4/5 (pain limiting), others 4-5/5.
ROM - right knee -5-100°, others WNL.
FUNCTION - ambulatory with cane ipsilateral hand independently.
VALGUM - valgus angle more pronounced right knee as compared to left.

A:    S/P right lateral menisectomy with apparent resultant or continued left lateral knee instability. I could detect no difference in collateral ligament support right vs left. However, the valgus angle right is clearly greater than left. Patient will need to engage in an open-chained exercise program for his knee, progressing to wall-slides in approx 2 months. He would benefit from a temporary job re-assignment as a porter to a clerical position while he rehabs his knee (three months).

Program:  Progressive knee strengthening self-ex program open to closed chained.

Goals:    Patient to demonstrate sound techniques with above instruction.

4/5/07

Signature of Consultant    ROBERT SPRIGGS, MPT

Date

DANIELS, GENE                    T45428                    A-6-119

Name                    CDC #                    Housing

( 47 )

SALINAS VALLEY STATE PRIS.

# PHYSICAL THERAPY PROGRESS NOTE

| DATE | TIME | |
|------|------|---|
| 4/5/07 | 0915 | PHYSICAL THERAPY - evaluation completed. See P.T. Consultation Report for de- |
| | | tails. Pt instructed in progressive strengthening right knee including long/ |
| | | short arc quads, knee flexion (standing) with end-range stretch and wall-slides |
| | | The wall slides should not be started for two months and this was reflected on |
| | | the illustration sheets given. Pt. demonstrated sound techniques for the exer- |
| | | cises. He needs to spend less time on his feet in general until the edema is |
| | | under control. He was instructed in proper cane usage (contralateral - left) |
| | | hand. He demonstrated fine technique. No f/u indicated unless new RFS received. |
| | | ROBERT SPRIGGS, MPT |

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|-------------------------------------|
| SALINAS VALLEY STATE PRISON | BEY | A-G-119 | DANIELS, GENE<br><br>T45428 |

(44)

# PHYSICAL THERAPY PROGRESS NOTES

State of California

Department of Corrections
Salinas Valley State Prison

# Medical Lay In Authorization

DATE: 3/8/07

NAME: _Glen Daniels_    CDC# _T45428_

THE ABOVE INMATE IS PLACED ON LAY IN STATUS: FROM 3/8/07 TO 3-10-07 AT 1200 MIDNIGHT. HE IS TOTALLY RESTRICTED TO HIS HOUSING UNIT EXCEPT FOR MEALS, SICK CALL LINE OR MEDICATION LINE.

REASON: _Allergic intumation@ knee_

BY: _Photo lu_

NAME: _____

FOR CHIEF MEDICAL OFFICER / CHIEF DENTAL OFFICER

No two meals cell delivered (bring meal to the gym)

# COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS**: A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

(None)

Barrier Free/Wheelchair Access    P/T _____
Ground Floor Cell    P/T _____
Continuous Powered Generator    P/T _____

Bottom Bunk    P/T _____
Single Cell (See 128-C date: _____ )    P/T _____
Permanent OHU / CTC (circle one)    P/T _____
Other _____    P/T _____

## B. MEDICAL EQUIPMENT/SUPPLIES

None
Limb Prosthesis    P/T _____
Brace    P/T _____
Crutches    P (T) 6 wks
Cane: (type) _____    P/T _____
Walker    P/T _____
Dressing/Catheter/Colostomy Supplies    P/T _____
Shoe: (specify) _____    P/T _____
Dialysis Peritoneal    P/T _____

Wheelchair: (type) _____    P/T _____
Contact Lens(es) & Supplies    P/T _____
Hearing Aid    P/T _____
Special Garment:
   (specify) _____    P/T _____
Rx. Glasses:    P/T _____
Cotton Bedding    P/T _____
Extra Mattress    P/T _____
Other extra pillow    P (T) 6 wks

## C. OTHER

(None)

Attendant to assist with meal access    P/T _____
and other movement inside the institution.

Attendant will not feed or lift the inmate/patient
or perform elements of personal hygiene.

Wheelchair Accessible Table    P/T _____

Therapeutic Diet: (specify)    P/T _____
Communication Assistance    P/T _____
Transport Vehicle with Lift    P/T _____
Short Beard    P/T _____
Other _____    P/T _____

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?    ☐ Yes    ☐ No

If yes, specify: _____

| INSTITUTION: SVSP | COMPLETED BY (PRINT NAME): L-Conrad | TITLE: RN |
| SIGNATURE: L. Bey / L. Conra | DATE: 3/7/57 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE: Munoz MD | DATE: 3/9/07 | Daniels, Gene  T-45428  2/15/61  A3YM-119 |
| (CIRCLE ONE)  (APPROVED) / DENIED | | |

**COMPREHENSIVE ACCOMMODATION CHRONO**

CDC 7410 (03/04)

Distribution:
Original - Unit Health Record    Canary - Central File    Pink - Correctional Counselor    Gold - Inmate

# COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

None (circled)

| | | | | |
|---|---|---|---|---|
| Barrier Free/Wheelchair Access | P/T _____ | | Bottom Bunk | P/T _____ |
| Ground Floor Cell | P/T _____ | | Single Cell (See 128-C date: _____ ) | P/T _____ |
| Continuous Powered Generator | P/T _____ | | Permanent OHU / CTC (circle one) | P/T _____ |
| | | | Other _____ | P/T _____ |

## B. MEDICAL EQUIPMENT/SUPPLIES

None

| | | | | |
|---|---|---|---|---|
| Limb Prosthesis | P/T _____ | | Wheelchair: (type) _____ | P/T _____ |
| Brace) *FAST-WRAP KNEE SUPPORT* | (P)/T _____ | | Contact Lens(es) & Supplies | P/T _____ |
| Crutches | P/T _____ | | Hearing Aid | P/T _____ |
| Cane: (type) *Med* | P/T _____ | | Special Garment: (specify) _____ | P/T _____ |
| Walker | P/T _____ | | Rx. Glasses: _____ | P/T _____ |
| Dressing/Catheter/Colostomy Supplies | P/T _____ | | Cotton Bedding | P/T _____ |
| Shoe: (specify) _____ | P/T _____ | | Extra Mattress | P/T _____ |
| Dialysis Peritoneal | P/T _____ | | Other _____ | P/T _____ |

## C. OTHER

None

Attendant to assist with meal access and other movement inside the institution.

Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene.

| | | | | |
|---|---|---|---|---|
| | | | Therapeutic Diet: (specify) _____ | P/T _____ |
| | | | Communication Assistance | P/T _____ |
| | | | Transport Vehicle with Lift | P/T _____ |
| | | | Short Beard | P/T _____ |
| Wheelchair Accessible Table | P/T _____ | | Other _____ | P/T _____ |

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?  ☐ Yes  ☐ No

If yes, specify: *NO STANDING LONGER THAN 10 MINUTES, NO LIFTING PUSHING PULLING GREATER THAN FIVE POUNDS, ONE YEAR*

| INSTITUTION *SCSP* | COMPLETED BY (PRINT NAME) *BEY* | TITLE *NP* |
|---|---|---|

| SIGNATURE *L Beyno* | DATE *4/6/2007* | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH *DANIELS, GENE* *A-69-1195* |
|---|---|---|

| HCM/CMO SIGNATURE *(signature)* | DATE *4/10/07* | *T 45428* |
|---|---|---|

(CIRCLE ONE)  **APPROVED** / DENIED

*Copy to Work Supervisor*

**COMPREHENSIVE ACCOMMODATION CHRONO**

CDC 7410 (03/04)

Distribution:
Original - Unit Health Record      Canary - Central File      Pink - Correctional Counselor      Gold - Inmate

# COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS**: A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

| | | | |
|---|---|---|---|
| None | | Bottom Bunk ⟳ | (P)/T _____ |
| Barrier Free/Wheelchair Access | P/T _____ | Single Cell (See 128-C date: _____ ) | P/T _____ |
| Ground Floor Cell | (P)/T _____ | Permanent OHU / CTC (circle one) | P/T _____ |
| Continuous Powered Generator | P/T _____ | Other | P/T _____ |

## B. MEDICAL EQUIPMENT/SUPPLIES

| | | | |
|---|---|---|---|
| None | | Wheelchair: (type) _____ | P/T _____ |
| Limb Prosthesis | P/T _____ | Contact Lens(es) & Supplies | P/T _____ |
| Brace  KNEE (circled) | (P)/T _____ | Hearing Aid | P/T _____ |
| Crutches | P/T _____ | Special Garment: (specify) | P/T _____ |
| Cane: (type) _____ | (P)/T _____ | Rx. Glasses: _____ | P/T _____ |
| Walker | P/T _____ | Cotton Bedding | P/T _____ |
| Dressing/Catheter/Colostomy Supplies | P/T _____ | Extra Mattress | P/T _____ |
| Shoe: (specify) _____ | P/T _____ | Other _____ | P/T _____ |
| Dialysis Peritoneal | P/T _____ | | |

## C. OTHER

| | | | |
|---|---|---|---|
| None (circled) | | Therapeutic Diet: (specify) | P/T _____ |
| Attendant to assist with meal access and other movement inside the institution. | P/T _____ | Communication Assistance | P/T _____ |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | Transport Vehicle with Lift | P/T _____ |
| | | Short Beard  SHOULD HAVE SAFETY | P/T _____ |
| Wheelchair Accessible Table | P/T _____ | Other MATS IN SHOWERS | P/T _____ |

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?  ☒ Yes   ☐ No

If yes, specify: PAINFUL, UNSTABLE (R) KNEE — NO PROLONGED WALKING, STOOPING, CRAWLING OR CLIMBING LADDERS.

| INSTITUTION  SVSP | COMPLETED BY (PRINT NAME)  BOWMAN | TITLE  MD |
|---|---|---|
| SIGNATURE  Robert Bowman MD | DATE  5/16/07 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE | DATE  5/17/07 | DANIELS |
| (CIRCLE ONE)  APPROVED / DENIED | Copy to: Work Supervisor | T45428  OCT-119S |

COMPREHENSIVE ACCOMMODATION
CHRONO

CDC 7410 (03/04)

Distribution:
Original - Unit Health Record    Canary - Central File    Pink - Correctional Counselor    Gold - Inmate

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS
**DISABILITY PLACEMENT PROGRAM VERIFICATION (DPPV)**            *CHECK ALL APPLICABLE BOXES*
CDC 1845 (Rev. 01/04)

THIS FORM ONLY VERIFIES OR DISCONFIRMS CLAIMED PHYSICAL DISABILITIES LISTED IN SECTION B.

| INMATE NAME: | CDC NUMBER: | INSTITUTION: | HOUSING ASSIGNMENT: | DATE FORM INITIATED: |
|---|---|---|---|---|
| DANIELS | T45428 | SVSP | ACment 119S | 5/16/07 |

*Sections A - B to be completed by licensed medical staff.*

| SECTION A: REASON FOR INITIATION OF FORM | SECTION B: DISABILITY BEING EVALUATED |
|---|---|
| [X] Inmate self-identifies to staff.  [ ] Third party evaluation request  [ ] Observation by staff  [X] Medical documentation or Central File information. | [ ] Blind/Vision Impaired  [ ] Speech Impaired  [ ] Deaf/Hearing Impaired  [X] Mobility Impaired |

*Sections C - G to be completed by a physician only.*

| SECTION C: PERMANENT DISABILITIES IMPACTING PLACEMENT | SECTION D: PERMANENT DISABILITIES *NOT* IMPACTING PLACEMENT |
|---|---|
| 1. [ ] FULL TIME WHEELCHAIR USER - DPW  Requires wheelchair accessible housing and path of travel. | 1. NO CORRESPONDING CATEGORY |
| 2. [ ] INTERMITTENT WHEELCHAIR USER - DPO  Requires lower bunk, wheelchair accessible path of travel and *does not require* wheelchair accessible cell. | 2. NO CORRESPONDING CATEGORY |
| 3. [ ] MOBILITY IMPAIRMENT - With or Without Assistive Device (Wheelchairs shall not be prescribed) - DPM  Orthopedic, neurological or medical condition that substantially limits ambulation (cannot walk 100 yards on a level surface without pause). Requires lower bunk, no triple bunk, and no stairs in path of travel. | 3. [ ] MOBILITY IMPAIRMENT (Lower Extremities) - DNM  Walks 100 yards without pause with or without assistive devices.  [X] No Housing Restrictions  [ ] See HOUSING RESTRICTIONS in Section E  [ ] Requires relatively level terrain and no obstructions in path of travel. **Do not place at:** CCI, CMC-E, CRC, CTF-C, FSP, SAC, SCC I or II, SOL, or SQ. (CDC 128-C:_____) |
| 4. [ ] DEAF/HEARING IMPAIRMENT - DPH  Must rely on written communication, lip reading or signing as residual hearing, with assistive devices, will not enable them to hear, understand or localize emergency warnings or public address announcements. | 4. [ ] HEARING IMPAIRMENT - DNH  With residual hearing at a functional level with hearing aid(s). |
| 5. [ ] BLIND/VISION IMPAIRMENT - DPV  Not correctable to central vision acuity of better than 20/200 with corrective lenses in at least one eye (See HOUSING RESTRICTIONS IN SECTION E). | 5. NO CORRESPONDING CATEGORY |
| 6. [ ] SPEECH IMPAIRMENT - DPS  Does not communicate effectively speaking or in writing. | 6. [ ] SPEECH IMPAIRMENT - DNS  Does not communicate effectively speaking, but does when writing. |

**SECTION E: ADDITIONAL MEDICAL INFORMATION**

CSR ALERT: (i)
[ ] Requires relatively level terrain and no obstructions in path of travel
[ ] Complex medical needs affecting placement  [ ] CDC 128-C

HEALTH CARE APPLIANCE / IDENTIFICATION VEST:
[X] Cane  [ ] Crutch  [ ] Walker  [ ] Leg/Arm prosthesis  [ ] Vest
[ ] Other:_____  [ ] CDC 128-C(s) dated: 5/16/07

ASSISTANCE NEEDED WITH ACTIVITIES OF DAILY LIVING: + 354
[ ] Feeding or Eating  [ ] Bathing  [ ] Grooming  [ ] W/C transferring
[ ] Toileting  [ ] Other:_____  [ ] CDC 128-C(s) dated:_____

OTHER DPP DESIGNATIONS:
[ ] NONE
CODE    DATED    CODE    DATED

HOUSING RESTRICTIONS: [X] Lower bunk  [X] No stairs  [X] No triple bunk. CDC 128-C(s) dated: 5/16/07

**SECTION F: EXCLUSIONS**

[X] VERIFICATION OF CLAIMED DISABILITY NOT CONFIRMED. My physical examination or other objective data DOES NOT SUPPORT *claimed* disability.
(Explain in Comments Section and CDC 128-C dated 5/16/07 _____)
[ ] REMOVAL FROM A DPP CODE: Removal from previous DPP code:_____ (Explain in Comments Section and CDC 128-C dated:_____)
[ ] REMOVAL FROM ENTIRE PROGRAM: Removal from DPP code(s):_____ (Explain in Comments Section and CDC 128-C dated:_____)

**SECTION G: EFFECTIVE COMMUNICATION FACTORS**

[ ] Uses Sign Language Interpreter (SLI)  [ ] Reads Braille  [ ] Communicates with written notes  [ ] Requires large print or magnifier
[ ] Reads lips  [X] NO "EFFECTIVE COMMUNICATION" ISSUES OBSERVED OR DOCUMENTED IN THE UNIT HEALTH RECORD

PHYSICIAN'S COMMENTS: *(Focus on affected systems and functional limitations. No specific diagnosis or other confidential medical information.)*

INMATE HAS PAINFUL UNSTABLE (R) KNEE. ACCORDING TO CDCR
ADA GUIDELINES HE DOES NOT MEET THE CRITERIA. HE SHOULD
BE PROVIDED WITH SHOWER MATS AS A SAFETY ISSUE

| PHYSICIAN'S NAME (Print) | PHYSICIAN'S SIGNATURE | DATE SIGNED |
|---|---|---|
| ROBERT BOWMAN | Robert Bowman | 5/16/07 |
| HEALTH CARE MANAGER'S / DESIGNEE'S NAME (Print)  CD LSG | HEALTH CARE MANAGER'S / DESIGNEE'S SIGNATURE | DATE SIGNED  5/17/07 |

NOTE: After review by the Health Care Manager or Chief Physician & Surgeon, health care staff shall retain green copy for the UHR, send the inmate copy via institutional mail, and route the original and remaining copies to the C&PR/RC CC-III for tracking and further distribution according to the instructions below.

# EXHIBIT B

# SVSP PRIORITY DUCAT

Exhibit
T1

FAILURE TO REPORT MAY RESULT IN A CDC-115

### INMATE

**T45428 ~ DANIELS ~ AGYM-119**

DATE: **Monday, March 19, 2007**          TIME: **11:15**

LOCATION: **Facility A Clinic**

REASON: **MD Line**

AUTHORIZED BY: ～          **PRIORITY**

INMATE ASSIGNMENT OFFICE

ARRIVAL TIME:                DEPARTURE TIME:

STAFF SIGNATURE:                EXT:

Nurse P. Bey

Removed my stecnes Today.

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME Daniels Coeke

CDC NUMBER T45428

HOUSING A-CoYm 119

PATIENT SIGNATURE

DATE 03-09-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I Just had surgery on 03-07-09 on my R-knee and my Right Foot swells up more Than Normal and I wanted to know if This is Normal. "I know I would have some swelling"

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 3-10-07

Received by: TP Le Duke RN

Date / Time Reviewed by RN: 1300

Reviewed by: TP Le Duke RN

Pain Scale:  1  2  3  4  5  6  7  8  9  10

S: (R) Knee

O: T: 974  P: 69  R: 16  BP: 117/71    WEIGHT:

Clean + No Swelling Sodexes Clean

A:

P: F/U as Needed

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|

REFERRED TO PCP:

DATE OF APPOINTMENT:

COMPLETED BY: TJ Carnes

NAME OF INSTITUTION SVSP

PRINT / STAMP NAME TJ Carnes

SIGNATURE / TITLE TJ Carnes

DATE/TIME COMPLETED 3/22/07 1510

# SVSP PRIORITY DUCAT

Exh. B-7 V

FAILURE TO REPORT MAY RESULT IN A CDC-115

### INMATE

**T45428 ~ DANIELS ~ AGYM-119**

DATE: **Tuesday, March 27, 2007**          TIME: **11:15**

LOCATION: **Facility A Clinic**

REASON: **Nurse Line**

AUTHORIZED BY: _____

INMATE ASSIGNMENT OFFICE

## PRIORITY

ARRIVAL TIME: _____     DEPARTURE TIME: _____

STAFF SIGNATURE: _____     EXT: _____

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME Daniels. C. | CDC NUMBER T45428 | HOUSING A-Gym 119 |
|---|---|---|
| PATIENT SIGNATURE | | DATE 03-10-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I Need to see about setting my Bandage change Thank-you.

I Had Sursery on 03-07-07 and my Bandage has Not Been change yet.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: 3/11/07  0800 | Received by: |
|---|---|
| Date / Time Reviewed by RN: 3/12/07 1135 | Reviewed by: |

Pain Scale:  1  2  3  4  5  6  7  8  9  10

S:

O:  T:      P:      R:      BP:      WEIGHT:

Seen Looks good No Swelling No Infection Sutures In place Clean & Dry No Bleeding

A:

P: F/u md line

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY  F.J. Carnes | | NAME OF INSTITUTION  SVSP | 1542 |
| PRINT / STAMP NAME  F.J. Carnes | SIGNATURE / TITLE | DATE/TIME COMPLETED 3/12/07 | |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

1512986

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Daniels, Coene | T45428 | A-Gym # 119 |

PATIENT SIGNATURE    DATE 03-23-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I Seen The outside Doctor "Pompan and He ordered Treminol "Pain Med" For my knee on 03-20-07 last Tuesday. and as of Today 03-23-07 FRI. I have Not Received it Yet. my R-knee is sore and stiff. arthritis..

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | 3-24-07 | Received by: | |
|---|---|---|---|
| Date / Time Reviewed by RN: | 1400 | Reviewed by: | |

Pain Scale:   1   2   3   4   5   6   7   8   9   10

S:

O: T: 97.3   P: 5?   R: 16   BP: 146/72    WEIGHT: 216

A: Referred to MD  Tramsdot ordered
P: ☐ See Nursing Encounter Form    DC BP meds  Started
HCTZ
E: Physical Therapy + Ortho consult ordered

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
|---|---|---|---|
| COMPLETED BY | RN | NAME OF INSTITUTION SUSP | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED 3/27/07 |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

(55)

1514123

*R.P.Lee*

DEPARTMENT OF CORRECTIONS

**HEALTH CARE SERVICES REQUEST FORM**

OF CALIFORNIA
.362 (Rev. 03/04)

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☒ |
|---|---|---|---|---|

NAME
Daniels Co.
PATIENT SIGNATURE

CDC NUMBER
T45428

HOUSING
A-Gym # 119
DATE Tuesday
04-03-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) NP Bey Stopped my BP med and ordered new one and my pain med for my friend "Tremadol" over 1week ago 7 days and I have not received any Thing yet. and my B-P is suposed to be check 1 Time every week for 6 weeks per NP-Bey. (Thank you)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

Date / Time Received:
Date / Time Reviewed by RN: 4/5/07 0245

Received by:
Reviewed by:

Pain Scale: 1 2 3 4 5 6 7 8 9 10

S: Ordered BP med 27 of March

O: T: 97  P: 74  R: 16  BP: 109/69  WEIGHT: 219
N/S WNL c Meds Seen 4/5/07

A:
P: See Chart Called for Chart to Review
☐ See Nursing Encounter Form  order for 4/5/07  Flagged c Chart

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION SOJS | |

PRINT / STAMP NAME
J.J. Carvel

SIGNATURE / TITLE

DATE/TIME COMPLETED
4/6/07 1300

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

1689609

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

NAME  Daniels Gene.

CDC NUMBER  T45428

HOUSING  A-Gym 4  119

PATIENT SIGNATURE  _(signature)_

DATE  05-13-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)  my pain medication runs out 05-19-07
I need Refill of pain med. For my R-knee.

Thank you.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

• ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: 5-13-07  2000 | Received by: _(signature)_ |
| Date / Time Reviewed by RN: 5-14-07  0800 | Reviewed by: _(signature)_ |

Pain Scale:  1  2  3  4  5  6  7  8  9  10

S:

O:    T:        P:        R:        BP:        WEIGHT:

A:

P:    ☐ See Nursing Encounter Form

E: — SEE  7362 # 1688236

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |

REFERRED TO PCP:

DATE OF APPOINTMENT:

COMPLETED BY

NAME OF INSTITUTION

PRINT / STAMP  NAME

SIGNATURE / TITLE

DATE/TIME  COMPLETED

CDC 7362 (Rev. 03/04)    Original - Unit Health Record.    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

(52)

1688236

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☑

| NAME Daniels | CDC NUMBER T45428 | HOUSING A-GYM |
|---|---|---|

PATIENT SIGNATURE *Tim M. Daniels*

DATE 5-19-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *I need my pain medication Refilled or Reordered*

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: 5/19/07 0800 | Received by: *JP* |
|---|---|
| Date / Time Reviewed by RN: 5-19-07 1045 | Reviewed by: *[signature]* |

Pain Scale:  1  2  3  4  5  6  (7)  8  9  10

S: "I NEED MY MEDS REFILLED."

A: NKA

O: T: 97.9  P: 66  R: 18  BP: 115/79  WEIGHT: 213
— A&O X3, C/O PAIN ON (R) KNEE, @ JOB NOTE.
— I/M WANTS DOSE OF TRAMADOL INCREASED

A: ALTERATION IN COMFORT
P: — ADVISED TO ELEVATE (R) LE.
☐ See Nursing Encounter Form  — APPLY WARM COMPRESS

E: — MD LINE ON 6/05/07.

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION SVSP | |

| PRINT / STAMP NAME SYGA | SIGNATURE / TITLE *[signature]* | DATE/TIME COMPLETED 5/22/07 |
|---|---|---|

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

1519358

MDone 6-5-07    MDone

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

NAME Daniels Gene

CDC NUMBER T-45428

HOUSING A-Gym # 119

PATIENT SIGNATURE

DATE 6-2-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) My pain medication (Tramadol) runs out on 6-4-07. Need Refill

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 6/2/07 1200    Received by:

Date / Time Reviewed by RN: 6-3-07 1020    Reviewed by: P. La Duke RN

Pain Scale:    1    2    3    4    5    6    7    8    9    10

S:

O:    T:    P:    R:    BP:    WEIGHT:

A:

P:

☐ See Nursing Encounter Form

None

E:

APPOINTMENT SCHEDULED AS:    EMERGENCY (IMMEDIATELY) ☐    URGENT (WITHIN 24 HOURS) ☐    ROUTINE (WITHIN 14 CALENDAR DAYS) ☐

REFERRED TO PCP:    DATE OF APPOINTMENT:

COMPLETED BY    NAME OF INSTITUTION

PRINT / STAMP NAME CASTRO

SIGNATURE / TITLE Castro nun

DATE/TIME COMPLETED 6/5/07 1500

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

1461533

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

DEPARTMENT OF CORRECTIONS

## HEALTH CARE SERVICES REQUEST FORM

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:     MEDICAL ☑     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☒

NAME Daniels Coeve

CDC NUMBER T45428

HOUSING A-Gym 119

PATIENT SIGNATURE

DATE 6-30-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) My pain medication for my Right knee (surgery) runs out 7-6-06 I need a refill       Thank you

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☒ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 7/3/07 0700

Received by:

Date / Time Reviewed by RN: 7/3/07 0700

Reviewed by:

S:

Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:  T:       P:       R:       BP:       WEIGHT:

A:       — No deformity
         — (R) knee slightly larger than (L)

P:  ☐ See Nursing Encounter Form

E:       — ccp for HTN

         — mc 7/19/07

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

REFERRED TO PCP:

DATE OF APPOINTMENT:

COMPLETED BY

NAME OF INSTITUTION   SVSP

PRINT / STAMP NAME   JEANS

SIGNATURE / TITLE   J Jean RN

DATE/TIME COMPLETED   7/3/7   1500

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

(RN)

1462024

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

| NAME | CDC NUMBER | HOUSING |
|------|-----------|---------|
| Daniels. Gene. | T-45428 | A-Gym # 119 |

PATIENT SIGNATURE                                          DATE  7-9-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)  My pain medication has not been filled yet and my R-knee is hurting real bad and I have a bump on my knee (R) that is causing me more pain

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☒ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | 7/16/7 | Received by: | |
| Date / Time Reviewed by RN: | 0800 | Reviewed by: | |

Pain Scale:    1    2  ③  4    5    6    7    8    9    10

S:

O:    T: 97²    P: 7/    R: 16    BP: 127/76    WEIGHT:

A:    pt wanted tramadol a he took before + wants to see md first.

P:    Discussed & explained hepatic & renal impairment
☐ See Nursing Encounter Form    It can cause & advised pt taking against tramadol

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

REFERRED TO PCP:                    DATE OF APPOINTMENT:

COMPLETED BY  M Kah    NAME OF INSTITUTION  SVSP

| PRINT / STAMP NAME  M Kah | SIGNATURE / TITLE | DATE/TIME COMPLETED  7-11-07  11-00 |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

1461

RN

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIO.

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Daniels, C. | T45928 | A-Section 119 |
| PATIENT SIGNATURE | | DATE 7-11-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)  I need to see the doctor. My R-knee Has a bump on it and it hurts bad on my surgery knee.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | 7/12/7 | Received by: | |
|---|---|---|---|
| Date / Time Reviewed by RN: | 0800 | Reviewed by: | D Jensen |

Pain Scale:   1   2   3   4   5   6   7   8   9   10

S:

O:   T: 97⁸   P: 72   R: 18   BP: 114/63   WEIGHT: 213   Med RF for R Knee

Stats I bu knots

F/u BP   Reg Humbol,

(—has ↓↓ salts)

A:

P:   ☐ See Nursing Encounter Form

E:   A/P) R) Knee pain s/p surgery   HTN

APPOINTMENT
SCHEDULED AS:

EMERGENCY (IMMEDIATELY) ☐     URGENT (WITHIN 24 HOURS) ☐     ROUTINE (WITHIN 14 CALENDAR DAYS) ☐

REFERRED TO PCP:

| DATE OF APPOINTMENT: |
|---|
| NAME OF INSTITUTION: |

COMPLETED BY

| PRINT / STAMP NAME  L Castro LVN | SIGNATURE / TITLE  Castro L | DATE/TIME COMPLETED  7/13/07 |
|---|---|---|

CDC 7362 (Rev. 03/04)   Original – Unit Health Record   Yellow – Inmate (if copayment applicable)   Pink – Inmate Trust Office (if copayment applicable)   Gold – Inmate

1523030

RH

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES REQUEST FORM

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME: Daniels

CDC NUMBER: J-45428

HOUSING: A-Gym

PATIENT SIGNATURE: _____

DATE: 7-23-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I Seen The Dr. or NP on 7-18-07 and He ordered Ibuprofen 600 mg and Eye drops For my pain in my R-knee and Eye drops - My knee is hurting bad and I have Not received anything Yet, this is The second time in 2 weeks and No pain meds.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 7/25/07 0700    Received by: _____

Date / Time Reviewed by RN: _____    Reviewed by: _____

Pain Scale: 1 2 3 4 5 6 7 8 9 (10)

S: Pain / Not getting Ibuprofen
Knee (R)

O: T: 98.0  P: 53  R: 16  BP: 123/75  WEIGHT: 215
Vol mvmt No brim nor - No walking to chow
called No fever-chills headache

A: Alteration in comfort Pain R Survey AtBC/

P: F/u 8/5 Scheduled
☐ See Nursing Encounter Form

E: RN / (wont) Stop Return
Told to filled out form to be New

APPOINTMENT SCHEDULED AS: 8/24/0

EMERGENCY ☐
(IMMEDIATELY)

URGENT ☐
(WITHIN 24 HOURS)

ROUTINE ☐
(WITHIN 14 CALENDAR DAYS)

REFERRED TO PCP: _____

DATE OF APPOINTMENT: _____

COMPLETED BY: CurNel RN

NAME OF INSTITUTION: SBST

PRINT / STAMP NAME: R.CurNel RN

SIGNATURE / TITLE: _____

DATE/TIME COMPLETED: 7/26/07 1215

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME: Daniels, Gene

CDC NUMBER: T45428

HOUSING: A-Gym

PATIENT SIGNATURE: _(signature)_

DATE: 9-2-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I have been Taking Ibuprofen For a month Now and my R-knee still hurts I need Something That will deal with my pain (600 mg) 3 time a day. Not working

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: 9-3-07 | Received by: _(signature)_ |
|---|---|
| Date / Time Reviewed by RN: 1050 | Reviewed by: _(signature)_ |

Pain Scale:  1  2  3  4  5  6  7  8  9  10

S:  a 46 y/o BM c/o R knee pain & want med stronger than tramadol

O:  T: 98 P: 65 R: -16 BP: 139/88

98 — 69 — 18    117/78

A:  Refer to MD

P:  ☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☒ |
|---|---|---|---|

REFERRED TO PCP:

COMPLETED BY M Knox

DATE OF APPOINTMENT:

NAME OF INSTITUTION SVSP

| PRINT / STAMP NAME  M Knox | SIGNATURE / TITLE  _(signature)_ | DATE/TIME COMPLETED  1100  9-5-07 |
|---|---|---|

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

1454374

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:     MEDICAL ☐     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

| NAME Daniels, Benn | CDC NUMBER T 45428 | HOUSING A 3-119 |
| PATIENT SIGNATURE | | DATE |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had
The Problem) _____

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON
BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
| Date / Time Reviewed by RN: | Reviewed by: |

Pain Scale:   1   2   3   4   5   6   7   8   9   10

S:

O:   T: 98  P: 69   R: 16   BP: 117/78   WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION SVSP | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME: Daniels, Gene

CDC NUMBER: T 45428

HOUSING: A-Gym 119

PATIENT SIGNATURE

DATE

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I put in Request to see Doctor 2 weeks ago. Called for nurse line. and I was told I would be put on Doctors list. For my R-knee follow-up is in pain Need something stronger  Thank-You

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 9/19/07 812    Received by:

Date / Time Reviewed by RN:    Reviewed by:

Pain Scale:    1    2    3    4    5    6    7    8    9    10

S: Knee
Pain last med

O: T: 970 P: 76    R: 16    BP: 116/76    WEIGHT: 218

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|

REFERRED TO PCP:    DATE OF APPOINTMENT:

COMPLETED BY    NAME OF INSTITUTION: SVSP

PRINT / STAMP NAME    SIGNATURE / TITLE    DATE/TIME COMPLETED 9/29/07

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

# EXHIBIT C

Daniels, Gene #02752
DOB: 02/15/1961
Donald Pompan, MD
DOS: 03/07/2007

LAS VENTANAS SURGERY CENTER

**CONSENT FOR OPERATION, ANESTHESIA, OR OT**

TIENT: _Daniels Gene_                    Exhibit N

I hereby authorize Dr. _Donald Pompan_ and his or her chosen associates and assistants to perform the following operation(s) and/or procedure(s):

_Right knee arthroscopy meniscectomy_

1. I consent also to the performance of any related surgery or procedures other than or in addition to the above if deemed necessary or advisable by my physician for therapeutic or for diagnostic purposes during the course of the operation(s) or procedures(s) described above.
2. I affirm that the nature, purpose and material risks, complications, and consequences of the above operation/procedures as well as its alternatives have been explained to me by my physician, and that all the questions I had concerning the operation/procedure have been answered and that with this knowledge I have given by consent to the operation/procedure.
3. I recognize that my physician is exercising his/her medical judgment in furnishing me with these explanations and answers and he/she is an independent contractor and not an agent or employee of Las Ventanas Surgery Center. I acknowledge that I do not look to Las Ventanas Surgery Center, its agents, or employees to furnish me with such explanations or answers.
4. I understand that the explanations and answers that I have received are not necessarily exhaustive and that other, more remote risks, complications, or consequences may arise. I understand that a more detailed and complete explanation of any of the foregoing matters will be given to me by the physician if I do so desire but acknowledge that I do not desire any further explanations or answers.
5. I affirm that I am aware that the practice of medicine and surgery is not an exact science, and I acknowledge that I have been given no guarantee or assurance as to any results that may be obtained.
6. I am aware that inherent in the performance of any operation/procedure there may be risks such as (but not limited to) infection, cardiac arrest, respiratory arrest, shock, embolism, and blood loss as well as reaction to administration of anesthesia, diagnostic agents, medication, or blood and that these or others could possibly cause permanent disability or death. I understand that I may inquire of my physician for additional information.
7. I consent to the administration of such anesthetic and adjuncts related to anesthesia as may be deemed advisable in the judgment of the anesthesiologist or other person responsible for the administration of anesthesia.
8. I consent to the administration of such diagnostic agents, medication, blood, and plasma expanders as may be deemed advisable.
9. I authorize the disposal of any tissue removed to be at the discretion of the pathologist.
10. For the purpose of medical education and training, I consent to the admittance of observers to the operating room and to the taking of photographs to be limited to the surgery site.
11. I also consent to the performance of diagnostic tests appropriate for the condition of or to ascertain the condition of the patient.

I certify that I have read and fully understand all paragraphs of the foregoing; that the explanations and answers referred to herein were given and that I understand them; that any questions that I had have been answered; and that all blanks requiring condition were filled in before I signed.

Signature: _____        03-07-06        _____
          (Patient/Parent/Conservator/Guardian)              Date              Time

If signed by other than patient, indicate relationship: _____    Witness _____

FORM 174780  N/08/05  ITEM 8101

1. Vital Signs Routine: (As Per PACU Protocol)

2. Meds: _U/c oclin__ _E__ _po q 6 prn pam_

3. Physical Limitations: _crutches / elevate / NWB /_

4. Discharge When Criteria Met: ☑

5. F/U Appointment: _Pompam SUJP 3/20/07_

6. Diet: ☐ As Tolerated    ☐ Clear    ☑ Regular

7. Other: _D/c sutures p 3/15/07._

Discharge: ☐ Per Anesthesia
☐ Specific Time_____

Specimen Removed: ☐ NA

⬭ Dictated

**POST-OPERATIVE RECORD**

Pre-op Diagnosis: _Right knee lateral meniscal tear + lateral scope OR_

Post-op Diagnosis: _Same_

Procedure: _Right knee partial lateral meniscectomy_

Complications: ☑ none

Type of Anesthesia: _GET_

Anesthesiologist: _DW_

Patient Condition: ☐ Stable

SIGNATURE: _DJ Pompan_    Date: _3/7/07_    Time: _4pm_

Daniels, Gene #02752
DOB: 02/15/1961
Donald Pompan, MD
DOS: 03/07/2007

# LAS VENTANAS SURGERY CENTER
## DISCHARGE INSTRUCTIONS

### GENERAL INSTRUCTIONS
A responsible adult should be with you today. Try to rest quietly for the remainder of the day.

Do not drink alcohol, drive a car, make a legal decision, cook, handle dangerous items (hot grease, boiling water, smoking materials), or operate machinery for 24 hours after having anesthesia, sedation, or while taking pain medication.

### DIET
Begin with liquids and light foods such as crackers, Jell-O, and 7-UP. If you are not nauseated you may advance to a bland diet avoiding spicy, greasy, and fried food for 24 hours. Tomorrow you may begin your regular diet unless otherwise instructed by your doctor.

### MEDICATIONS
*Had vicudin at 1645 # pills*

- [x] Use as directed: *Vicudin*
- [ ] Your prescription has been called to: _____
- [x] You may resume your daily prescription medication schedule.
- [ ] Other: _____

### OPERATIVE SITE
- [x] Keep dressing dry and intact.
- [x] Apply ice packs 15 minutes on and 15 minutes off for the first 24 hours.
- [ ] May remove dressing _____. Leave any tapes beneath dressing in place until they fall off.
- [ ] May shower or bathe on _____
- [x] Elevate extremity above heart level.          No Weight bearing for _____
- [x] Crutches with written instructions given.

### SPECIAL INSTRUCTIONS
*D/c Sutures after 3/13/07*

### FOLLOW-UP CARE
- [ ] You have an appointment with Dr. _____ on _____
- [ ] Call Dr. _____ office tomorrow to make an appointment for _____

## CALL YOUR SURGEON IF YOU HAVE ANY PROBLEMS. AFTER OFFICE HOURS, YOUR PHYSICIAN CAN BE REACHED THROUGH HIS/HER ANSWERING SERVICE.
### COMPLICATIONS TO WATCH FOR:

1. Fever over 101° orally.
2. Increased redness, warmth, hardness around operative area.
3. Excessive drainage from surgical area.
4. Swelling around operative area.
5. Rash or itching after taking medications.

6. Excessive bleeding from operative site or blood-soaked dressing. (Small amounts of oozing may be normal.)
7. Pain not relieved by medication.
8. Continued nausea and vomiting.
9. Inability to urinate.

- [ ] If a complication or emergency situation arises and you are unable to reach your physician - go to the Emergency Room nearest you with this form.

- [x] I have read or have had read to me these discharge instructions. I understand these instructions and will follow-up with my physician if I have any questions.

_____  6/6          _____  3/7/07
Patient's signature (Or Responsible Person)          Nurse Signature/Date/Time

My Network Places,SharedDocs on Las Ventanas DISCHARGE_INSTRUCTIONS[1].doc-Microsoft Word

FORM 179030  R/05/05  ITEM 8101

California Department of Corrections and Rehabilitation    Exhibit 0                    State Form



## RETURN FROM OFFSITE OR HOSPITAL

| CDC # | Name | Housing | Return Date |
|---|---|---|---|
| T45428 | Daniels | Argyra 119 | 3/7/07 |

Returning from: ☐ NMC   ☐ SVMH   ☒ Other          Referring PCP (SVSP): Bey

Reason: ☐ Consult ☐ Dx Test ☐ Procedure ☐ ER     Specialty Provider: Pompan

☒ Surgery ☐ Inpatient                              Requested Service: Ortho

RFS Returned: ☒ Yes ☐ No   Completed: ☐ Yes ☒ No   Inmate advised of PCP Follow-Up: ☒ Yes ☐ No

Discharge Notes: ☒ Yes ☐ No                        Meds Provided: ☐ Yes ☒ No

Receiving MD: Bey _____ Time Notified: _____   Report received: ☒ To Follow: ☐

Orders Rec'd ☒ Yes ☐ No  Faxed to Yard ☒ Yes ☐ No  Housing Consistent with Needs ☒ Yes ☐ No (See B

FOLLOW UP WITH PCP PRIOR TO: [1-2 day]           UM Tracking Number: 1715

**FAXED** (stamped diagonally)

## Nursing Notes:
Date/Time:

ASSESSMENT:
- A & O x 4
- VSS & distress noted pain 5/10
- verbalized understanding of procedure
- Fall ?

SPECIALTY FINDINGS:
(R) knee arthroscopy meniscectomy
(R) knee lateral meniscal tear

RECD MAR 8 8 (stamped)

RECD MAR 08 200? (stamped)

SPECIALTY RECOMMENDATIONS:
- Vicodin for pain + DC Sutures 3/13/07
- Keep drsg clean + dry
- apply ice pack 15 min in & off x24
- elevate above heart level
- crutches

L. Corona, RN



## SALINAS VALLEY RADIOLOGISTS, INC.
A MEDICAL GROUP
559 Abbott Street • Salinas, California 93901
Telephone (831) 775-5200

JAMES A. KOWALSKI, M.D.
DONALD A. CATALANO, M.D.
GILES A. DUESDIEKER, M.D.
MICHAEL E. BASSE, M.D.
DAVID A. STAUNTON, M.D.
GARY E. FALKOFF, M.D.
RICHARD A. VILLALOBOS, M.D.

CHRIS GLENN, M.D.
B. MISA HOSOHAMA, M.D.
Y-LAN HO, M.D.
BRUCE LIN, M.D.
ROY MARTINEZ, M.D.
F. SCOTT PERELES, M.D.

| PATIENT NAME | ACCOUNT NO | | RADIOLOGY NUMBER |
|---|---|---|---|
| GENE-T45428 DANIELS | 9406510 | | 9406510 |

| AT THE REQUEST OF | DATE OF BIRTH | AGE/SEX | DATE OF SERVICE |
|---|---|---|---|
| LOVEVASIA BEY NP | 02/15/1961 | 45/M | 08/28/2006 |
| 31625 HIGHWAY 101 | | | |
| SOLEDAD, CA 93960 | | | |

The study was performed by an outside facility and the film submitted to Salinas Valley Radiologists for interpretation.

RIGHT KNEE SERIES

FINDINGS: The bones are intact and normally aligned. There is lateral tibial plateau lipping without obvious loss of knee joint space. The patellar articular surface is slightly scalloped. There is no obvious joint effusion.

IMPRESSION:
1. No osseous injury.
2. Degenerative change at the lateral knee joint. A weight-bearing view may help to evaluate for loss of joint space.
3. Possible chondromalacia patella.

Thank you for referring your patient to us,

David A. Staunton, MD
DAS/pa
8/30/06

REC'D SEP 0 6 2006

## SALINAS VALLEY RADIOLOGISTS, INC.

A MEDICAL GROUP
559 Abbott Street • Salinas, California 93901
Telephone (831) 775-5200

JAMES A. KOWALSKI, M.D.
DONALD A. CATALANO, M.D.
GILES A. DUESDIEKER, M.D.
MICHAEL E. BASSE, M.D.
DAVID A. STAUNTON, M.D.
GARY E. FALKOFF, M.D.
RICHARD A. VILLALOBOS, M.D.

CHRIS GLENN, M.D.
B. MISA HOSOHAMA, M.D.
Y-LAN HO, M.D.
BRUCE LIN, M.D.
ROY MARTINEZ, M.D.
F. SCOTT PERELES, M.D.

| | | |
|---|---|---|
| PATIENT NAME | ACCOUNT NO | RADIOLOGY NUMBER |
| GENE-T45428 DANIELS | 9419872 | 9406510 |

| | | | |
|---|---|---|---|
| AT THE REQUEST OF | DATE OF BIRTH | AGE/SEX | DATE OF SERVICE |
| LOVEVASIA BEY NP | 02/15/1961 | 45/M | 10/25/2006 |

31625 HIGHWAY 101
SOLEDAD, CA 93960

The study was performed by an outside facility and the film submitted to Salinas Valley Radiologists for interpretation.

MRI RIGHT KNEE WITHOUT CONTRAST

HISTORY: Patient is a 45-year-old-male with possible internal derangement.

PROCEDURE: 1.5T imaging was performed in three orthogonal planes with T1 and T2 techniques, including fat saturation.

FINDINGS: There is a cluster of cysts in the popliteal fossa measuring at least 4-5 cm in overall cephalocaudal dimension. These are fairly typical for ganglion cysts. There is also a well-defined irregular tear of the posterior half of the lateral meniscus. It is compound in character showing some truncation of the apex as well as a cleavage and an oblique component. The anterior and posterior cruciate ligaments, medial and lateral collateral ligaments, and quadriceps and patellar tendons are intact. The marrow is normal. There are no other positive findings.

IMPRESSION:
1.    Compound or complex appearing and fairly severe lateral meniscal tear.
2.    Multiple posterior/popliteal fossa ganglion cysts.

Thank you for referring your patient to us,

Arthur M. Nathanson, MD
AMN/pa
10/31/06

*11/13/06*
*PRIORITY WITHIN*
*ONE*
*WEEK*
*L. BEY NP*

*11/20/2006*
*F/W PT*
*R/S ORTHOPEDIC*
*SURGEON*

REC'D NOV 0 7 2006

Daniels,Gene
Dr. Pompan

02752
Right Knee

Las Ventanas Surgery Center
March 07, 2007



# EXHIBIT D

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date:

DEC 0 4 2007

In re: Dene Daniels, T45428
High Desert State Prison
P.O. Box 270220
Susanville, CA 96127

IAB Case No.: 0705275        Local Log No.: SVSP-07-01690

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner C. Hall, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:** It is the appellant's position he is in extreme and constant blinding pain as a result of orthopedic surgery. The appellant states he was evaluated by Dr. Pompan in the Correctional Treatment Center and was prescribed pain medication; however, alleges he has yet to receive the medication. In addition, the appellant states he has not received his prescribed blood pressure medications. The appellant alleges his Eighth Amendment right is being violated; and, is requesting to receive his pain and blood pressure medications.

**II   SECOND LEVEL'S DECISION:** It is the institution's position the appellant underwent surgery on March 7, 2007; and, was prescribed Vicodin for pain and discomfort. On March 8, 2007, the appellant's primary care physician (PCP) prescribed Vicodin for seven days. On March 9, 2007, the Vicodin was discontinued and replaced with Norco, for ten days. The pharmacist-in-charge was contacted and indicated Norco was stronger than Vicodin. On April 19, 2007, the appellant was prescribed Tramadol for 30 days and naproxen for 100 days. In addition, blood pressure medications were prescribed; however, weekly blood pressure checks were deemed unnecessary. On May 22, 2007, the appellant's PCP renewed the Tramadol for 14 days. The appellant alleges he did not receive Tramadol prescribed on March 20, 2007, for 29 days. After review of the appellant's Unit Health Record, health care staff indicated Tramadol was not prescribed on March 20, 2007, as the appellant contends. In addition, the appellant was advised his request for monetary compensation was a new issue and would not be addressed.

**III   DIRECTOR'S LEVEL DECISION:** Appeal is denied.

    **A. FINDINGS:** The appellant contends he did not receive his prescribed Tramadol for 29 days. Health care staff indicated in the Second Level of Review, that Tramadol was not prescribed on March 20, 2007, as the appellant claimed. However, the appellant submitted a copy of the CDCR Form 7230, Interdisciplinary Progress Notes, which confirms the medication was indeed prescribed. Although the appellant states he did not receive the medication in a timely fashion, he experienced no adverse affects as he was prescribed other pain medication as well. Health care staff are encouraged to thoroughly review all supporting documentation when responding to a CDC Form 602, Inmate/Parolee Appeal Form, to avoid the unnecessary oversight of pertinent information. The appellant is reminded the California Code of Regulations, Title 15, Section (CCR) 3354 establishes that only qualified medical personnel shall be permitted to diagnose illness and/or other conditions, and prescribe medical treatment for inmates. It is not appropriate to self-diagnose medical problems and expect a physician to implement the appellant's recommendation for a course of medical treatment. In this particular matter, the appellant's contention that he has not received adequate medical care is refuted by the medical records and professional health care staff familiar with the appellant's medical history. After review, there is no compelling evidence that warrants intervention at the Director's Level of Review, as the appellant was prescribed, and received his pain medications.

    **B.   BASIS FOR THE DECISION:**
CCR: 3350, 3350.1, 3350.2, 3354

GENE DANIELS, T45428
CASE NO. 0705275
PAGE 2

    **C.  ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GIANNIS, Chief
Inmate Appeals Branch

cc:    Warden, HDSP
        Health Care Manager, HDSP
        Appeals Coordinator, HDSP
        Medical Appeals Analyst, HDSP
        Appeals Coordinator, SVSP
        Medical Appeals Analyst, SVSP

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.                    Category
                    CSRSP            1. 07.01690              8
        A Gym        2. _____    2. _____    CTC 1st

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

Medical - Pain meds / B.P. medication

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| x Daniels Berie | T-45428 | | x A Gym # 119 |

A. Describe Problem: I am in extreme and constant Blinding Pain, on 3.07.07 I underwent intrusive orthopedic surgery. I saw Dr. Pompan at CTC and he prescribed pain medication he told me I would recieve it in the near Future it is the 12th of April and I am unJustly suffering. I am also Being denied my Blood Pressure medication which is a Violation of the 8th Amendment and Cal. Const Article 1 § 17

If you need more space, attach one additional sheet.

B. Action Requested: That I Be given pain medication immediatly and that I Be given not only Blood pressure medications also I need my Blood Pressure to Be monitored (1)x a week.

Inmate/Parolee Signature: X _____                    Date Submitted: X 04-12-07

C. INFORMAL LEVEL (Date Received: _____ )

RECEIVED APR 13 2007

Staff Response:

BYPASS

HEALTH CARE APPEALS BRANCH AUG 15 2007 RECEIVED

Staff Signature: _____                    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128B, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____                    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim                    CDC Appeal Number:

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date: June 27, 2007

To:    Inmate DANIELS, T-45428
       Salinas Valley State Prison

Subject: SECOND LEVEL APPEAL RESPONSE LOG NUMBER-SVSP-A-07-01690

### ISSUE:

The appellant states that he is not receiving the pain medication prescribed by Dr. Pompan. In addition, he is not receiving his blood pressure medication.

Appellant requests pain medication, blood pressure medication, and weekly blood pressure checks.

### REGULATIONS:

CCR Title 15 §3350 Provision of Medical Care and Definition
CCR Title 15 §3350.1 Medical Treatment/Service Exclusions
CCR Title 15 §3354.1 Health Care Responsibilities and Limitations

### SUMMARY OF INVESTIGATION:

The First Level of Review (FLR) was completed on May 25, 2007. The appellant was interviewed on May 17, 2007 by RN T. Carnes. Dr. Kumar, Chief Physician and Surgeon, was assigned to investigate this appeal at the Second Level of Review. All submitted documentation and supporting arguments have been considered. Additionally, a thorough examination has been conducted regarding the claim presented, and evaluated in accordance with Salinas Valley State Prison (SVSP) Operational Procedures (OP); the California Code of Regulations (CCR); and the Departmental Operations Manual (DOM).

The FLR response noted the appellant underwent surgery on March 7, 2007. The surgeon recommended Vicodin for the appellant's pain/discomfort. The primary care provider (PCP) prescribed Vicodin on March 8, 2007 for seven days. On March 9, 2007, the PCP discontinued the Vicodin and prescribed Norco for the appellant's pain for ten days. The Pharmacist-in-Charge was contacted and stated that Norco is stronger than Vicodin. On April 19, 2007 the PCP ordered Tramadol for thirty days Naproxen for 100 days. On May 22, 2007 the PCP ordered Tramadol renewed for 14 days for the appellant's discomfort.

In regard to the appellant's high blood pressure; the appellant attended a chronic care follow-up with his primary care provider on April 19, 2007 and blood pressure medications were prescribed. Weekly blood pressure checks were deemed unnecessary at that time.

DELIVERED AUG 0 9 2007

DANIELS, T-45428
Case No. SVSP-A-07-01690
Page 2

The appellant resubmitted his appeal stating he has received Naproxen for six years. On March 20, 2007 he was prescribed Tramadol but didn't receive it for 29 days. The appellant then requested monetary compensation.

The appellant's request for monetary compensation is a new requested action and will not be addressed in this response.

At the Second Level of Review the unit health record has again been reviewed. The appellant's request for weekly blood pressure checks is denied. The PCP will make the determination as to the frequency of blood pressure checks. Regarding the appellant's pain medication, Tramadol, and his claim that he did not receive it for 29 days, there is no document found in the unit health record to indicate that Tramadol was ordered on March 20, 2007. Regarding the appellant's blood pressure medication, the unit health record reflects that he is currently receiving his medication to regulate his hypertensive condition.

**DECISION**:  The appeal is PARTIALLY GRANTED in that he is receiving all medications deemed medically necessary at this time for his discomfort and high blood pressure.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

CHARLES D. LEE, M.D.
Health Care Manager
Salinas Valley State Prison

# INMATE APPEAL ROUTE SLIP

**To: CTC**                                          Date: May 30, 2007

From: INMATE APPEALS OFFICE

Re: Appeal Log Number **SVSP-A-07-01690** By Inmate <u>DANIELS</u>, <u>T45428</u>

Please assign this appeal to appropriate staff for **SECOND** level response.

Appeal Issue: MEDICAL

                              Due Date: **06/27/2007**

Special Needs:

STAFF INSTRUCTIONS:
Second level appeals require a personal interview if not afforded at the first level. Begin your response with: GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return to Appeals Office. Appeals that are incomplete will be returned to the responding staff for appropriate completion. Refer to D.O.M. 54100 for instructions.

T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

| DATE | TIME |
|------|------|

ortho staff

3/1/05.2   _(illegible) knee arthrosis lateral (illegible) osteoarthritis (illegible)_

D.O. - 3/7/07

① c/o mild pain

② _no_ Fros (slight swelling) 0° - 100° ROM mild crepitus (illegible)

A: ® knee (illegible) - Grade IV chondromalacia laterally (illegible) JCA cold bone

(illegible) no (illegible) tramadol for pain exercises 6 weeks

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

T 45418
Daniels, Gene

INSTITUTION: SQSP   HOUSING UNIT: A Gym 119

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

# INMATE APPEAL ROUTE SLIP

**To: CTC** Kates                                    Date: April 16, 2007

From:  INMATE APPEALS OFFICE

Re: Appeal Log Number **SVSP-A-07-01690**  By Inmate ~~GENE~~, Daniels **T45428**

Please assign this appeal to appropriate staff for **FIRST** level response.

Appeal Issue:  MEDICAL

                                    Due Date:  **05/25/2007**

Special Needs:


STAFF INSTRUCTIONS:  **Per Director's Rule 3084.5(f) (2) first level appeal review requires a personal interview with the inmate unless the appeal is granted.**  This policy is not within the institution's jurisdiction and cannot be waived.  Director's Rule 3084.5(f) (3) provides that a telephonic interview may be conducted if the inmate is not available in person.

Begin response with GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN.  When complete, return appeal to the Appeals Office.  All first level appeals require signature of the Division Head.  Appeals that are incomplete will be returned for appropriate completion.

Refer to D.O.M. 54100 for instructions.


T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

STATE OF CALIFORNIA -- DEPARTMENT OF CORRECTIONS AND REHABILITATION                              ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



September 5, 2007


DANIELS, GENE, T45428
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020



RE: IAB# 0704402     LIVING CONDITIONS

Mr. DANIELS:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

Your appeal was granted at the institutional level. There is no unresolved issue to be reviewed at the Director's Level of Review.
Your appeal was rejected, withdrawn or cancelled. If you disagree with that decision, contact the Appeals Coordinator. You must comply with instructions from that office.



N. GRANNIS, Chief
Inmate Appeals Branch



****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

STATE OF CALIFORNIA

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

DEPARTMENT OF CORRECTIONS

Location: Institution/Parole Region    Log No.    Category

RECEIVED  MAY 2 4 2007

1. _____    1. _____

2. _____    2. _____  CABS-

*Plant ops  AGM*

*9*

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

*drainage ditch*

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| x Gene Daniels | T-45428 | | A-6ym #119 |

A. Describe Problem: On A yard near the hand-Ball court there is an ~~uncovered Drainage Ditch~~ that Runs From the handBall court to the middle perimiter Fence. This uncovered Drainage Ditch is a potentially Dangerous hazard to inmates and personnell at A yard.
On AUG 23-06 approx 9:45 AM I was jogging and I fell in a drainage ditch- which was invisiable and injured my R-knee

RECEIVED MAY 09 2007

If you need more space, attach one additional sheet.

B. Action Requested: I am Requesting that photos oF the Ditch and that the Ditch Be repaired as soon as possible - it has Been uncovered over one year. I request for proper treatment of my injury.

Inmate/Parolee Signature: x_____    Date Submitted: x 05-08-0

DELIVERED MAY 10 2007

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: Partially Granted - Photo of the drainage ditch is not available for you to have. Drainage Ditch has been repaired and covered on 6-1-07.

RET'D AUG 0 8 2007

Staff Signature: D.Uganissa SGK II    Date Returned to Inmate: 6-1-07

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

I am requesting copies of the photos For a Federal Law suit I am preparing.

Signature: x_____    Date Submitted: x 6-4-07

REC'D JUL 2 5 2007
RECEIVED JUN 05 2007

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

RET'D JUL 16 2007

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

DELIVERED MAY 1 1 2007

Daniels, T 45428
A Gym 119

Log Number: SVSP-

The enclosed documents are being returned to you for the following reasons:

*You have not included evidence of an attempt to resolve the problem at the Informal Level. The Informal Level of Review is waived for appeals of classification actions; serious disciplinaries; CSR actions; departmental regulations, policies or operational procedures; staff complaints; and exceptional circumstances as defined in CCR 3084.7. Obtain an informal response by sending your appeal directly to:*

*First obtain an informal level response by sending your appeal directly to:*   /

*Facility Captain's office for tracking and assignment of your informal level response.*

Appeals Coordinator
Salinas Valley State Prison

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

INMATE / PAROLEE APPEAL SCREENING FORM

CDCR-695

INMATE: ___Daniels___   CDC #: ___T-45428___   CDC HOUSING: ___A Gym 119___

THIS IS *NOT AN APPEAL RESPONSE* – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

### YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

[ ] Duplicate Appeal; Same Issue

[ ] Inappropriate Statements

[ ] Time Constraints Not Met

[ ] Cannot Submit On Behalf Of another Inmate

[ ] Appealing Action Not Yet/Already Taken

[ ] May Submit One (1) Non-Emergency Appeal Per Week

[ ] Incomplete 602

[ ] Attempting to Change Original Appeal Issue

[ ] Not Authorized to Bypass Any Level

[ ] Numerous and separate issues

[ ] Limit of One Continuation Page May Be Attached

[ ] Action / Decision Not Taken By CDCR

[ ] DRB/BPH Decisions Are Not Appealable

[X] No Significant Adverse Effect Demonstrated

[ ] Pointless Verbiage/Appeal is vague

[ ] Not A Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362. If necessary, sign up for sick call.

[ ] Request for Interview; Not an Appeal

[ ] must attempt to resolve grievance informally through the informal appeals process

### PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS

Comments:  You may write on back of this form to clarify or respond to the above.

Daniels - the ditch was repaired. no adverse effect demonstrated.

7/25/07 - the appeal issue was the drainage ditch.

RECD JUL 25 2007

7/25/07 - no adverse effect demonstrated.

RET'D AUG 0 2 2007

RET'D JUL 16 2007

**Eloy Medina, CC-II**
**Appeals Coordinator**

Date: __6/6/07__

This screening action may not be appealed.  If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.*  Please return this form to the Appeals Coordinator with the necessary information attached. *(4/30/07)*

### PERMANENT APPEAL ATTACHMENT - *DO NOT REMOVE*

# EXHIBIT E

Salinas Valley State Prison
P.O. Box 1050
Soledad, Ca 93960-1050

To Whom It May Concern

This affidavit is in support of Inmate Gene Daniels #H5428. Who on August 22, 2006 while jogging in Fac-A yard he fell into a drainage ditch and injured his right leg.

We were housed in the Gym together and I have seen with my own eyes that Daniels suffered severe pain in his right leg due to inadequate medical care by the doctors and nurses. I am willing to testify in person if it is required.

I declare under penalty of perjury the the forging is true and correct.

Dated  9-2-06

Sincerly
Chris Alford

To Whom It May Concern

I, David Martinez/CDC#F12153, make this testimony and willing to testify if need arises, that I am an eye witness of the incident that occured on August 22, 2006 at about 9:00 am at Salinas Valley State Prison Fac. A while Daniels/CDC#T45428 was jogging with another inmate, he suddenly fell into an drain covered by grates.

Daniels laid on the ground for approx 5 min and his jogging partner assisted him to stand and took him back to his building (A gym There were several yard officers watching, but none went to assist Daniels.

I lived in the gym with Daniels for a little more than a year. For several months I observed Daniels in severe pain and unable to perform his daily activities. On several occasions he did not go to breakfast.

Dated this 29 day of August 2006

Respectfully
David Martinez #F12153

DAVID MARTINEZ
#F12153
Salinas Valley State Prison
A Gym #320
P.O. Box 1050
Soledad, CA. 93960

JAMES BUTANDAY T27321
SALINAS VALLEY STATE PRISON
P.O. BOX 1050
SOLEDAD, CA 93960

<u>To whom it may Concern</u>

I, James Butanday #T27321, as state Prisoner from Salinas Valley State Prison make this Affidavit under the Penalty of Perjury that I am the eye witness of the incident which occurred on August 22nd, 2006 at Approx, 9:30 am, while Inmate Daniels T45428 was jogging in facility A-yard and suddenly fell into a Drainage which was covered with grass and injured his right leg.

I am, and I will testify in court if need arises and if it is so ordered by court

DATED this 7th day of September, 2006.

Signature: _____

Ishmel Lara V-46429-A-Gyn-28

Salinas Valley St. Prison.

P.O. Box. 1050

Soledad, Ca. 93960

September 10, 2006

## To Whom It May Concern

I Ishmel Lara CDC# V46429, Make This Affidavit Under Penalty of Perjury that the foregoing is True and Correct.

On August 22, 2006 at Approx. 9.45am I was Jogging together with Inmate Gene Daniels # T45428 in Fac-A, Yard. Daniels Suddenly fell into a Drainage Ditch which was covered with grass and injured his Right Leg.

The yard officer's on duty watched Daniels fall in a ditch and Laid down on ground, seeking for help, but They failed to Respond. Names of the officers: C/o Guard, C/o Esser, C/o Nunez, C/o Lord, C/o Engles and the yard Tower officer.

Mr Daniel was Seen by the Doctor, but was always in Severe Pain. His Med'l Records would Reveal the Injuries to his Right leg and inadequate Medical Care.

Pursuant to 18 U.S.C. 1621, 3571.
I understand my Rights, and I am willing to testify in Person if it is So Required.

Dated this 10th day of Sept. 2006

Ishmel Lara.

x

AFFIDAVIT FOR GENE DANIELS

To whom it may concern:

I, Andrew Rojas, hereby testify to the fact that I've known Gene Daniels for well over a year, since April of 2006, and we spend an average of 2 to 3 hours a day together, throughout the day. Mr. Daniels, in my own opinion, is someone who can be trusted, who's word can be held as true. What I'm about to tell you is from my personal observation, and has in no way been influenced by anyone.

Mr. Daniel's problem came in March 2007, when he had surgery to repair his knee from an accident; He had fallen into a ditch here on Alpha yard in Salinas Valley State Prison. The night he got back from his surgery he was in a great deal of pain. I had to help him take his pants off, as well as his shoes and socks.

I remember Mr. Daniels being in lots of pain and complaining about never being able to get comfortable because of the ace bandage around his surgically repaired knee. His major complaint was the bandage was too tight. The bandage forced all the swelling down into his foot, causing it to look like an over-blown balloon that was ready to pop. The swelling often got so bad that his foot would be stuck in his shoe and he'd have to struggle to get it off with a friend.

The swelling occured when he had to get up and walk to the facility's pill line, go to the bathroom, or to get up and stretch from laying in bed all daylong; He would hobble around the gym, doing either of the three things just mentioned, on his cruches, complaing to his friends about the discomfort. When he did get up to move around or whatever, he would have to return to bed shortly after because he would feel the swelling in his foot coming back. I witnessed his foot swelling up before my very eyes.

After repeatidly having me go to talk to the correctional officers about getting a nurse for Mr. Daniels, the nurses would come and see how bad Gene's foot looked, but they showed nothing but indifference, and give medication that was inadequate for his pain.

He was in so much pain that he couldn't walk to chow after the surgery. None of the doctors, or the nurses here thought to give Mr. Daniels a medical lay-in slip. The slip allows for the person to receive meals in bed without having to miss a meal. The regular staff wasn't here on Mr. Daniels first day back after surgery and would not get him his breakfast and sack lunch brought into him. It was like this for some time, for the first 10 days, so I gave him my lunch so he had something to eat throughout the day. The 3rd watch staff was here, so they had no problem getting Mr. Daniels his dinner brought in from the kitchen. Mr. Daniels eventually got a medical lay-in slip, but I don't believe he went to chow for the first two weeks.

After the first week back Mr. Daniels went to medical twice. The first time he was turned down by someone at medical because said person stated Mr. Daniels was just trying to get a free medical visit. Mr. Daniels was very frustrated when he told me this. His second trip, a day or two later, he got better results because the bandage was actually removed.

The second week after the surgery, Mr. Daniels was able to walk a bit better with the aid of his crutches; But he still complained about the pain and not getting his medication. Everytime med line was called in the morning, Mr. Daniels would hobble over on his crutches and get in line. A lot of the times, he'd come back grumpy because his medication was still not in.

In the third week things started to look better for Mr. Daniels at first glance; Enough for him to be willing to walk to chow. The chow hall isn't far from the gym, where we are housed. It being next door, over 5 to 7 feet at best. From Mr. Daniels bed it was like crossing two football fields for him. As he walked to chow with his crutches, and later with his cane, I could tell he was still in pain, favoring his recently surgically repaired knee. He almost fell a few times in a low spot in the chow hall tile floor. I could see his body tense up when he almost fell by the way his body language and by the expression on his face when he sat down at the table.

<u>AFFIDAVIT CONTINUED</u>

Whenever Mr. Daniels went to chow, I would have to follow close behind him, to make sure he wouldn't fall or stumble. At chow time I would usually have to carry his dinner tray for him. The pain Mr. Daniels would suffer mace the meal hardly worth getting.

The weeks that followed the first three didn't get any better for Mr. Daniels. I remember him coming back from medical, this is after he had his cane for a while, he didn't look very happy at all. Apparantly from my understanding of it, the person who gave Mr. Daniels the cane never properly instructed him on how to use the cane. Basically which hand he should have his cane in when he walks. This caused him to further hinder his recovery.


10-3-07
Date

Andrew Rojas
ID# F-01962

# EXHIBIT F

Salinas Valley State Prison
P.O. Box 1050
Soledad, Ca 93960-1050

**E-filing**

RMW

To Whom It May Concern

CV 08 3780

This affidavit is in support of Inmate Gene Daniels #45428. Who on August 22, 2006 while jogging in Fac-A yard he fell into a drainage ditch and injured his right leg.

**(PR)**

We were housed in the Gym together and I have seen with my own eyes that Daniels suffered severe pain in his right leg due to inadequate medical care by the doctors and nurses. I am willing to testify in person if it is required.

I declare under penalty of perjury the the forgoing is true and correct.

Dated 9-2-06

Sincerly

Chris Alford

91

To Whom It May Concern

I, David Martinez/CDC #F12153, make this testimony and willing to testify if need arises, that I am an eye witness of the incident that occurred on August 22, 2006 at about 9:00 am at Salinas Valley State Prison Fac A while Daniels/CDC #T45428 was jogging with another inmate, he suddenly fell into an drain covered by grass.

Daniels laid on the ground for approx. 5 min and his jogging partner assisted him to stand and took him back to his building (A gym). There were several yard officers watching, but none went to assist Daniels.

I lived in the gym with Daniels for a little more than a year. For several months I observed Daniels in severe pain and unable to perform his daily activities. On several occasions he did not go to breakfast.

Dated this 29 day of August 2006

Respectfully

David Martinez #F12153

David Martinez

#F12153
Salinas Valley State Prison
A Gym #320
P.O. Box 1050
Soledad, CA. 93960

JAMES BUTANDAY T-27321
SALINAS VALLEY STATE PRISON
P.O. BOX 1050
SOLEDAD, CA 93960

To whom it may Concern

I, James Butanday #T27321, as State Prisoner from Salinas Valley State Prison make this Affidavit under the Penalty of Perjury that I am the eye witness of the incident which occurred on August 22nd, 2006 at Approx. 9:30 am, while Inmate Daniels T45428 was jogging in facility A-yard and suddenly fell into a Drainage which was covered with grass and injured his right leg.

I am, and I will testify in court if need arises and if it is so ordered by court

DATED this 7th day of September, 2006.

Signature: _James Butt._

Ishmel Lara Y-46429-A Gym-28
Salinas Valley St. Prison.
P. O. Box. 1050
Soledad, Ca. 93960
September 10, 2006

## To Whom It May Concern

    I Ishmel Lara cdc# V46429, Make This Affidavit Under Penalty of Perjury that the foregoing Is True and Correct.

    On August 22, 2006 at Approx. 9:45 am I was Jogging together with Inmate Gene Daniels # T45428 in Fac-A, yard. Daniels Suddenly fell into a Drainage Ditch which was covered with grass and injured his Right Leg.

    The yard officer's on duty watched Daniels fall in a ditch and Laid down on ground, seeking for help, but They failed to Respond. Names of the officers: c/o Guard, c/o Esser, c/o Nunez, c/o Lord, c/o Engles and the yard Tower officer.

    Mr Daniel was Seen by the Doctor, but was always in Severe Pain. His Medl Records would Reveal the Injuries to his Right leg and inadequate Medical Care.

    Pursuant to 18 U.S.C. 1621, 3571. I understand my Rights, and I am willing to testify in Person if it is So Required.

    Dated this 10th day of Sept. 2006

    Ishmel Lara.
    x

## AFFIDAVIT FOR GENE DANIELS

To whom it may concern:

I, Andrew Rojas, hereby testify to the fact that I've known Gene Daniels for well over a year, since April of 2006, and we spend an average of 2 to 3 hours a day together, throughout the day. Mr. Daniels, in my own opinion, is someone who can be trusted, who's word can be held as true. What I'm about to tell you is from my personal observation, and has in no way been influenced by anyone.

Mr. Daniel's problem came in March 2007, when he had surgery to repair his knee from an accident; He had fallen into a ditch here on Alpha yard in Salinas Valley State Prison. The night he got back from his surgery he was in a great deal of pain. I had to help him take his pants off, as well as his shoes and socks.

I remember Mr. Daniels being in lots of pain and complaining about never being able to get comfortable because of the ace bandage around his surgically repaired knee. His major complaint was the bandage was too tight. The bandage forced all the swelling down into his foot, causing it to look like an over-blown balloon that was ready to pop. The swelling often got so bad that his foot would be stuck in his shoe and he'd have to struggle to get it off with a friend.

The swelling occured when he had to get up and walk to the facility's pill line, go to the bathroom, or to get up and stretch from laying in bed all daylong; He would hobble around the gym, doing either of the three things just mentioned, on his cruches, complaing to his friends about the discomfort. When he did get up to move around or whatever, he would have to return to bed shortly after because he would feel the swelling in his foot coming back. I witnessed his foot swelling up before my very eyes.

After repeatidly having me go to talk to the correctional officers about getting a nurse for Mr. Daniels, the nurses would come and see how bad Gene's foot looked, but they showed nothing but indifference, and give medication that was inadequate for his pain.

P.O. Box 3030 B-Gym-204-L
Susanville CA. 96127
HIGH DESERT State. PRISON



BG

STATE PRISON

The Clerk of the
US District Court
Northern District
450 Golden Gate Ave
San Francisco, Ca. 94102

RECEIVED
AUG 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



$05.05⁰
08/01/2008
Mailed from 96127
US POSTAGE
neopost
049JB204667J

ISON

