UNITED STATES DISTRICT COURT

E-filing

GENE DANIELS
_____
Plaintiff(s)/Petitioner(s),

vs.

M.S. EVANS\Warden, et al
_____
Defendant(s)/Respondent(s).

CV 08     3780 RMW

CASE NO. CIV-

(PR)

**IMPORTANT**: ✓ CHECK AND SIGN **ONLY ONE** SECTION OF THIS FORM, THEN RETURN IT TO THE CLERK'S OFFICE NOT LATER THAN 20 DAYS FOLLOWING YOUR FIRST APPEARANCE, ANSWER OR RESPONSIVE PLEADING.

FILED AUG 07 2008 CLERK NORTHERN DISTRICT COURT

☐  **CONSENT** TO JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____   Signature: _____

Print Name: _____
( ) Plaintiff/Petitioner    ( ) Defendant/Respondent
( ) Counsel for * _____

☒  **DECLINE** OF JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, U.S.C. Sec. 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: 13 July 2008    Signature: [signature]

Print Name: Gene Daniels
(X) Plaintiff/Petitioner    ( ) Defendant/Respondent
( ) Counsel for * Pro-Per.

*If representing more than one party, counsel must indicate name of each party responding.

g:\docs\docket\intake\consdec 1/20/99