Gene Daniels
Salinas Valley State Prison
A-Yard/Gym/Bunk# 119
Post Office Box 1050
Soledad, CA., 93960-1050

FILED
AUG 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GENE DANIELS,
    Plaintiff,

vs.

Charles Lee, Et. al.,
    Defendant.

CV 08-3780 RMW

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, __Gene Daniels__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes __X__ No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: __NONE__

Gross: __N/A__    Net: __N/A__

Employer: __N/A__

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  Self-employed.
5  Gross Income $40,000.00 PA (2003)
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9  a.   Business, Profession or                    Yes ___ No _X_
10       self employment

11 b.   Income from stocks, bonds,                 Yes ___ No _X_
12      or royalties?

13 c.   Rent payments?                             Yes ___ No _X_

14 d.   Pensions, annuities, or                    Yes _X_ No ___
15      life insurance payments?

16 e.   Federal or State welfare payments,         Yes ___ No _X_
17      Social Security or other govern-
18      ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 VA Pension-$220.00 per month.
22 _____

23 3.   Are you married?                           Yes ___ No _X_
24 Spouse's Full Name: _____ N/A _____
25 Spouse's Place of Employment: _____ N/A _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ N/A          Net $ N/A
28 4.   a.   List amount you contribute to your spouse's support: $800.00 Per Month.
         Have 7 childrens.

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

-None-

5. Do you own or are you buying a home?    Yes ___ No _X_
Estimated Market Value: $ __N/A__  Amount of Mortgage: $ __N/A__

6. Do you own an automobile?    Yes ___ No _X_
Make __NO__  Year __N/A__  Model __N/A__
Is it financed? Yes ___ No _X_  If so, Total due: $ __N/A__
Monthly Payment: $ __N/A__

7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
Name(s) and address(es) of bank: __N/A__

Present balance(s): $ __N/A__
Do you own any cash? Yes ___ No _X_  Amount: $ __N/A__
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

8. What are your monthly expenses?
Rent: $ __0.00__    Utilities: __0.00__
Food: $ __0.00__    Clothing: __0.00__
Charge Accounts: **None**

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
|  | $ | $ |
|  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

I do not have any other debts.

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

NONE

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

13 July 2008                         [signature]
DATE                                 SIGNATURE OF APPLICANT

Daniels, Gene. T45428
P.O. Box-3030-B-Gym-204L
Susanville CA. 96127
High Desert State Prison

To: The Clerk of the
U.S. District Court
Northern District
450. Golden St. AU.
SF. CA 94102



IFP + leave to file