***E-FILED - 11/12/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GENE DANIELS, | ) | No. C 08-3780 RMW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EX PARTE |
| | ) | MOTION TO MODIFY ORDER |
| v. | ) | SETTING DATE FOR FILING |
| | ) | MOTION FOR SUMMARY |
| WARDEN EVANS, et al., | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | (Docket No. 24) |

Good cause appearing, defendants' request for an extension of time to file a dispositive motion is GRANTED. Defendants shall file a dispositive motion no later than **sixty (60) days** from the filing date of this order. Plaintiff's opposition, or statement of non-opposition, will be due **thirty days** thereafter, and defendants **shall** file a reply brief within 14 days of the date any opposition is filed by plaintiff.

This order terminates docket no. 24.

IT IS SO ORDERED.
DATED:     11/10/08                                                                                             for
RONALD M. WHYTE
United States District Judge

Order Granting Ex Parte Motion to Modify Order Setting Date for Filing Motion for Summary Judgment
P:\PRO-SE\SJ.Rmw\CR.08\Daniels780eot.wpd            1