1

2

3

4                                                           *E-FILED - 11/10/09*

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   GENE DANIELS,                          No. C 08-3780 RMW (PR)

12          Plaintiff,                      ORDER GRANTING PLAINTIFF'S
                                            EXTENSION OF TIME TO FILE
13      v.                                  OPPOSITION TO DEFENDANTS'
                                            MOTION FOR SUMMARY JUDGMENT
14   DIRECTOR OF CORRECTIONS, et al.,

15          Defendants.
                                   /        (Docket No. 53)
16

17          Good cause appearing, plaintiff is hereby GRANTED an extension of time in which to

18   file his opposition to defendants' motion for summary judgment.

19          Plaintiff shall file his opposition to defendants' motion for summary judgment within

20   **thirty (30) days** from the filing date of this order.  Defendants shall file a reply brief no later

21   than **fifteen (15) days** after the date plaintiff's opposition is filed.

22          This order terminates docket no. 53.

23          IT IS SO ORDERED.

24   Dated:   11/6/09
                                            RONALD M. WHYTE
25                                          United States District Judge

26

27

28
     Order Granting Plaintiff's Extension of Time to File Opposition to Defendants' Motion for Summary Judgment
     P:\PRO-SE\SJ.Rmw\CR.08\Daniels780.EOT-Oppo.wpd

**United States District Court**
For the Northern District of California