IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENE DANIELS,<br><br>                           Plaintiff,<br><br>        v.<br><br>DIRECTOR OF CORRECTIONS REH. M.S. EVANS, WARDEN; CHARLES LEE, CHIEF MEDICAL OFFICER; NURSE PRACTITIONER BEY; DR. POMPAN; NURSE JEANS; NURSE LOBRETZ; NURSE ENNIS; NURSE MARGRET, et al. DR. KASAWA; DR. JAMES; DR. ROCHE; DR. MEDINA,<br><br>                           Defendants. | NO.  C 08-3780-RMW (PR)<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

**TO: WARDEN OF HIGH DESERT STATE PRISON, and THE CALIFORNIA**

   **DEPARTMENT OF CORRECTIONS AND REHABILITATION:**

   GREETINGS:

   WE COMMAND that you have and then produce the body of GENE DANIELS, CDC #T-45428, who is now in the custody of the Warden of High Desert State Prison, to Solano State Prison on June 8, 2010 before 11:00 a.m., to present his claim and testify in a settlement

1

1  conference ordered by United States District Court, The Honorable Nandor J. Vadas presiding,
2  scheduled to take place on June 8, 2010 at 11:00 a.m. in Solano State Prison.  At the termination
3  of said testimony and appearance, you are ordered to return him forthwith to your custody or
4  abide by such order of the United States District Court as shall thereafter be made concerning the
5  custody of said prisoner.
6      WITNESS the Honorable Nandor J. Vadas, Magistrate Judge of the United States District
7  Court for the Northern District of California.

8
9  DATED:  5/17/10 _____, 2010.     RICHARD W. WIEKING
                                                Clerk, United States District Court
10                                              Northern District of California

11                                              By: _Gloria Masterson_____
12                                                   Deputy Clerk
13

14  SO ORDERED:
15  ~~ALLOWED:~~
16
17  _____
    NANDOR J. VADAS
18  United States Magistrate

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Nandor J. Vadas]*

27  SF2008200990
    20274244.doc
28