IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENE DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR OF CORRECTIONS REH. M.S. EVANS, WARDEN; CHARLES LEE, CHIEF MEDICAL OFFICER; NURSE PRACTITIONER BEY; DR. POMPAN; NURSE JEANS; NURSE LOBRETZ; NURSE ENNIS; NURSE MARGRET, et al. DR. KASAWA; DR. JAMES; DR. ROCHE; DR. MEDINA,<br><br>Defendants. | NO.  C 08-3780-RMW (PR)<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

**TO: WARDEN OF CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY**

**AND STATE PRISON IN CORCORAN, and THE CALIFORNIA**

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**:

GREETINGS:

WE COMMAND that you have and then produce the body of GENE DANIELS, CDC #T-45428, who is now in the custody of the Warden of California Substance Abuse Treatment

1

1  Facility and State Prison in Corcoran, to Solano State Prison on June 8, 2010 before 11:00 a.m.,
2  to present his claim and testify in a settlement conference ordered by United States District Court,
3  The Honorable Nandor J. Vadas presiding, scheduled to take place on June 8, 2010 at 11:00 a.m.
4  in Solano State Prison.  At the termination of said testimony and appearance, you are ordered to
5  return him forthwith to your custody or abide by such order of the United States District Court as
6  shall thereafter be made concerning the custody of said prisoner.
7      WITNESS the Honorable Nandor J. Vadas, Magistrate Judge of the United States District
8  Court for the Northern District of California.

10  DATED:   6/2/10  , 2010.    RICHARD W. WIEKING
    Clerk, United States District Court
11      Northern District of California

12  By. *Gloria Masterson*
13      Deputy Clerk

16  SO ORDERED:

18  NANDOR J. VADAS
    United States Magistrate Judge



28  SF2008200990

2

Writ of Habeas Corpus Ad Testificandum (C 08-3780-RMW (PR))