United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GENE DANIELS | No. C-08-03780 |
| Plaintiff(s), | |
| v. | ORDER VACATING HEARING DATE AND VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM ISSUED FOR PLAINTIFF'S APPEARANCE AT SOLANO STATE PRISON JUNE 8, 2010 |
| DIRECTOR OF CORRECTIONS | |
| Defendant(s). | |

The district court granted Defendant's request for a sixty (60) day extension in which to conduct settlement proceedings from June 23, 2010 to August 23, 2010. (Doc. No. 70). This Court therefore vacates the settlement conference currently scheduled for June 8, 2010, and will reschedule it for a future date.

This Court also vacates the writ of habeas corpus ad testificandum (Doc. No. 66) and orders Defendant to file a revised writ.

SO ORDERED.

Dated: 6/4/10

_____
Nandor J. Vadas
United States Magistrate Judge