1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **GENE DANIELS,** | C 08-3780 RMW/NJV |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF GENE DANIELS, CDCR No. T-45428** |
| v. | |
| **WARDEN M.S. EVANS, et al.,** | |
| Defendants. | |

Plaintiff, **GENE DANIELS, CDCR No. T-45428**, a necessary and material witness in proceedings in this case **beginning on August 10, 2010, at 11:00 a.m.**, is confined at SATF-CSP, Corcoran in the custody of the Warden.  To secure this inmate's attendance at the settlement conference scheduled for August 10, 2010 at California State Prison, Solano, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of Gene Daniels, CDCR No. T-45428, to produce said inmate at **California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95687, the Honorable Nandor Vadas presiding, beginning on August 10, 2010, at 11:00 a.m.**

//

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden of SATF-CSP, Corcoran and the California Department of Corrections and Rehabilitation to produce inmate **GENE DANIELS, CDCR No. T-45428**, for a settlement conference at California State Prison, Solano, at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to SATF-CSP, Corcoran.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The Warden of SATF-CSP, Corcoran,

**YOU ARE COMMANDED** to produce inmate **GENE DANIELS, CDCR No. T-45428**, for a settlement conference at California State Prison, Solano at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to SATF-CSP, Corcoran.

**FURTHER**, you have been ordered to notify the Court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

Dated: July 26, 2010

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signature, Judge Nandor J. Vadas]*