1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GENE DANIELS,<br><br>    Plaintiff,<br><br>v.<br><br>M.S. EVANS, Warden; DIRECTOR OF CORRECTIONS REH.; CHARLES LEE, Chief Medical Officer; NURSE PRACTITIONER BEY; DR. POMPAN; NURSE JEANS; NURSE LOBRETZ; NURSE ENNIS; NURSE MARGRET, DR. KASAWA, DR. JONES, DR. ROCHE, DR. MEDINA, et al.,<br><br>    Defendants. | CASE NO. C080-3780 RMW<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF GENE DANIELS, CDCR No. T-45428**<br><br>Hearing Date: December 16, 2010<br>Time:              1:00 p.m.<br>Location:        Solano State Prison, Vacaville |

**TO:    WARDEN OF CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY AND STATE PRISON IN CORCORAN, AND THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION:**

**PLEASE TAKE NOTICE** that Plaintiff, **GENE DANIELS, CDCR No. T-45428**, is a necessary and material witness in proceedings in this case. Plaintiff is confined at SATF-CSP, Corcoran, in the custody of the Warden. To secure this inmate's attendance at the Settlement Conference scheduled for **December 16, 2010 at California State Prison, Solano**, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of Gene Daniels, CDCR No T-45428, to produce said inmate at **California State Prison, Solano, 2100 Peabody**

-1-
ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE
(C08-3780 RMW)

Road, Vacaville, CA 95687, the Honorable Nandor Vadas presiding, beginning on December 16, 2010, at 1:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this court, commanding the Warden of SATF-CSP, Corcoran and the California Department of Corrections and Rehabilitation to produce inmate **GENE DANNIELS, CDCR No. T- 45428**, for a Settlement Conference at California State Prison, Solano, at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to SATF-CSP, Corcoran.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this Writ.

**WRIT OF HABEAS CORPUS AND TESTIFICANDUM**

To: The Warden of SATF-CSP, Corcoran:

**YOU ARE COMMANDED** to produce inmate **GENE DANIELS, CDCR No. T-45428**, for a Settlement Conference at California State Prison, Solano, at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to SATF-CSP, Corcoran.

**FURTHER,** you have been ordered to notify the Court of any change in custody of this inmate and to provide the new custodian with a copy of this Writ.

**IT IS SO ORDERED.**

Dated: November 17, 2010



Judge Nandor J. Vadas