*E-FILED - 6/3/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE DANIELS, | No. C 08-3780 RMW (PR) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NURSE ENNIS, | |
| Defendant. | (Docket No. 107) |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Before the court is plaintiff's request for extension of time to file his opposition to defendant's motion for summary judgment.

Plaintiff's request for extension of time is GRANTED and shall be filed no later than **June 24, 2011**. Defendant's reply is due **fifteen (15) days** from the date plaintiff's opposition is filed. Because this case has been pending since August 2008, further requests for extensions of time will not be favored.

This order terminates docket no. 107.

IT IS SO ORDERED.

DATED: 6/3/11

RONALD M. WHYTE
United States District Judge

Order Granting Plaintiff's Request for Extension of Time to File Opposition to Defendant's Motion for Summary Judgment
P:\PRO-SE\SJ.Rmw\CR.08\Daniels780eot-oppo.wpd