**E-FILED on 9/23/11**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GENE DANIELS, | ) | No. C 08-3780 RMW (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| NURSE ENNIS, | ) | |
| | ) | |
| Defendant. | ) | |

The court has granted defendant's motion for summary judgment. Judgment is entered in favor of defendant and against plaintiff. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 9/23/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.08\Daniels780jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GENE DANIELS,

        Plaintiff,

  v.

DIRECTOR OF CORRECTIONS et al,

        Defendant.

Case Number: CV08-03780 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gene Daniels T-45428
SATF-CSP, Corcoran
Housing: E-5-160 Low
P.O. Box 5244
Corcoran, CA 93212-5244

Dated: September 23, 2011

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk